UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-40179 |
| | § | |
| PAYSON PETROLEUM 3 WELL, L.P. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, JASON R. SEARCY of SEARCY & SEARCY, P.C.,** and files this Notice of Appearance and Request for Service of Papers as the Chapter 11 Trustee for the Bankruptcy Estates of (1) Payson Operating, LLC; (2) Payson Petroleum, Inc.; and (3) Maricopa Resources, LLC, and as Counsel for the Chapter 11 Trustee and respectfully requests inclusion in all notices to creditors and interested persons in the above-referenced proceeding and that the name and address shown below be added to the docket and list of interested persons to be served in the above-referenced case.

Searcy & Searcy, P.C.
c/o Jason R. Searcy
P. O. Box 3929
Longview, Texas 75606

**DATED**: March 13, 2017.

Respectfully submitted,
*SEARCY & SEARCY, P.C.*

 /S/ Jason R. Searcy
**JASON R. SEARCY**
SBN 17953500
JOSHUA P. SEARCY
SBN 24053468

CALLAN C. SEARCY  
SBN 24075523  
*Searcy & Searcy, P.C.*  
P.O. Box 3929  
Longview, Texas 75606  
Tel. (903) 757-3399  
Fax. (903) 757-9559  
Counsel for Ch. 11 Trustee

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the above was served through electronic mail pursuant to the Electronic Case Management system of the United States Bankruptcy Court for the Eastern District of Texas on March 13, 2017.

/S/ Jason R. Searcy  
JASON R. SEARCY