# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAYSON PETROLEUM 3 WELL, | § | Case No. 17-40179 |
| LP, | § | Chapter 7 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF HEARING

[Relates to Docket No. 16]

PLEASE TAKE NOTICE that a hearing on Jason R. Searcy's, Chapter 11 Trustee for Payson Petroleum, Inc., Maricopa Resources, LLC, and Payson Operating, LLC in jointly administered Bankruptcy Case No. 16-41044, *Motion to Lift Automatic Stay* **[Docket No. 16]** is to be held on **May 23, 2017 at 9:30 a.m.** in the Courtroom of the United States Bankruptcy Court, Suite 300B, 660 North Central Expressway, Plano, Texas 75074.

Respectfully submitted,

By: */s/ Blake Hamm*
Phil Snow
State Bar No. 18812600
Blake Hamm
State Bar No. 24069869
SNOW SPENCE GREEN LLP
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
(713) 335-4800
(713) 335-4848 (Fax)

**COUNSEL FOR JASON R. SEARCY, CHAPTER 11 TRUSTEE FOR PAYSON PETROLEUM, INC., PAYSON OPERATING, LLC, AND MARICOPA RESOURCES, LLC**

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 17, 2017, a true and correct copy of this document was served (i) via the Court's electronic case filing system upon the parties listed below or by email listed below, (ii) via the Court's electronic case filing system for Eastern District of Texas upon all parties requesting electronic notice of all filings and (iii) via regular First Class Mail, properly addressed and postage prepaid, upon all parties listed on the Master Service List attached hereto.
.

Debtors Payson Petroleum, Inc., Payson Operating, LLC, and Maricopa Resources, LLC
Mark A. Weisbart
12770 Coil Road, Suite 541
Dallas, TX  75251
weisbartm@earthlink.net,
TX56@ecfcbis.com;mweisbart@ecf.epiqsystems.com;
tarah_simmons@earthlink.net

Debtor Payson Petroleum 3 Well LP
1757 Harpsichord Way
Henderson, NV  89012

Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201
cmoser@qslwm.com

Keith W. Harvey
THE HARVEY LAW FIRM, P.C.
6510 Abrams Road, Ste. 280
Dallas, TX  75231
harvey@keithharveylaw.com

Dan Chern
The Law Offices of Dan Chern
12801 N. Central Expressway, Suite 1558
Dallas, Texas 75243
dbc@dchern.com

Daniel P. Winikka
12377 Merit Drive, Ste. 900
Dallas, TX  75251
danw@LFDSlaw.com

US Trustee
Office of the US Trustee
110 N. College Ave, #300
Tyler, TX 75702
USTPRegion06.TY.ECF@USDOJ.GOV

 

           */s/ Blake Hamm*
           Blake Hamm

I:\Client\SEAJ1001-Searcy-Payson\Bankruptcy\17-40179 3 Well LP\Lift Stay Motion\Notice of Hearing.docx

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 17-40179<br>Eastern District of Texas<br>Sherman<br>Mon Apr 17 09:20:18 CDT 2017 | ACME Energy Company, LLC<br>1795 E. 71st Street<br>Tulsa, OK 74136-5108 | Aki Miyasaki<br>1415 W. Rascher Ave.<br>Chicago IL 60640-1205 |
| Alan Careddu<br>32 Lasky Rd.<br>Beacon Falls CT 06403-1242 | Albert and Audrey Carse<br>7000 Brier Hill Court<br>Fort Worth TX 76132-7111 | Alfred and Barbara Austin<br>15320 Fulton St.<br>Brighton CO 80602-5639 |
| Allen and Marcia Rastede<br>211 S. Grove St.<br>Allen NE 68710-5145 | Alma Foster<br>5316 Northcrest Rd.<br>Ft. Worth TX 76107-3217 | Alvin and Jerry Ann McCool<br>1033 Creek Hollow Lane<br>Fort Worth TX 76131-3816 |
| Amy Hutchison<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 | Anne Patterson<br>3725 Wakeforest<br>Houston TX 77098-5511 | April Markovics<br>1620 N. Peters Lane<br>Stratford CT 06614-1088 |
| Arnold Block<br>Blockster Investments Ltd.<br>2317 Clearview Ct.<br>Lewisville TX 75057-2108 | Audrey Schwarzbein<br>31331 S. Coast Hwy.<br>Laguna Beach CA 92651-6989 | B. E. Tuttle<br>Aquarius 2000, LLC<br>105 Front Street<br>Beaufort NC 28516-2120 |
| Barbara Jacquin<br>205 Pipecreek Lane<br>Georgetown TX 78633-5444 | Barry Brodbeck<br>1891 County Rd. B<br>Platteville WI 53818-9501 | Beckie Harkins<br>6924 Chancery Lane<br>Williamsburg VA 23188-7567 |
| Berkley Badger<br>324 Westgate Rd.<br>Tarpon Springs FL 34688-7402 | Bernita Webster<br>2342 S. Laurel Ave.<br>Springfield MO 65807-8103 | Betty and Harold Ackerman<br>Linda Walsh<br>9301 Neptune Drive<br>Mechanicsville VA 23116-2819 |
| Betty and Joseph Brown<br>1648 Browns Lane<br>Hayes VA 23072-3904 | Blake Rodgers<br>12454 Rendon Rd.<br>Burleson TX 76028-3014 | Bobby Smith<br>3211 State Route 14<br>West Plains MO 65775-7469 |
| Bobby Yates<br>1901 W. Loop 289, Ste 11<br>Lubbock TX 79407-1725 | Bobby and Terri Bowland<br>1220 Vera Lane<br>Kennedale TX 76060-6002 | Bradley Kubik<br>5639 Glen Oaks Pt.<br>West Des Moines IA 50266-6628 |
| Brandon Chen<br>3172 Village Green Dr.<br>Aurora, IL 60504-7258 | Brenda Henderson<br>4244 Summersweet Lane<br>Crowley TX 76036-8906 | Brian Cepetelli<br>83 Ashwood Terrace<br>Stratford CT 06614-1101 |

Brian Fraus
4625 E State Highway 29
Bertram, TX 78605-4229

Bryan Buzbee
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Carl Brumley
4801 Washburn Ave.
Fort Worth TX 76107-3734

Cehuan Wang
5567 Gamay Way
San Diego CA 92130-5704

Charles Barry
33 Collins Street,
Worcester MA 01606-1421

Charles Cobb
Financial West Group
1022 Court Street
Lynchburg VA 24504-4502

Charles and Katherine Terry
8903 Madewood Ct.
Granbury TX 76049-4013

Charles and Sharon Henslee
4481 CR 1217
Cleburne TX 76033-8017

Cheryl Ogrodnik
6466 Watercrest Way, 301
Lakewood Ranch FL 34202-5238

Chris Lahiji
1408 Grant St.
Santa Monica CA 90405-1614

Christopher Friscia
4312 Hazy Meadow Lane
Grapevine TX 76051-5717

Christopher Kennon
2147 Inman
Nixa MO 65714-7049

Christopher Rooker
3728 Summercrest Dr
Fort Worth TX 76109-3301

Christopher Tasso
Anne Ciola-Tasso
148 Miller Rd.
Bethany CT 06524-3243

Claire Macfarland
1310 Hackberry Ln.
Winnetka IL 60093-1608

Clint Fowler
CFI Ventures, LP
127 Blush Hill Drive
Conroe TX 77304-1165

Eboney Cobb
Perdue Brandon Fielder Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010-7457

Crystal LeClercq
1412 Sandalwood Dr.
Murphys CA 95247-9460

Cynthia Woods
1412 Blue Quail Run
Crowley TX 76036-5778

Dana Markovics
220 Oronoque Rd.
Milford CT 06461-1831

Daniel Smeester
545 El Capitan Rd.
Danville CA 94526-4943

David Bartczak
4519 Ringrose Drive
Missouri City TX 77459-2918

David Stewart
4520 S. Harvard
Springfield MO 65804-6711

David Vednor
9861 Leatrice Dr.
Villa Park CA 92861-1315

David Zawisha
4009 Congress St.
Fairfield CT 06824-2040

David and Deborah Allnutt
8651 Canyon Crossing
Lantana TX 76226-5534

David and Lora Lyons
2121 Pinwood Circle
Arlington TX 76001-5652

David and Shirley Nolsheim
13480 88th Ave. North
Seminole FL 33776-2607

Deborah Hayden
4520 Cheval Blvd.
Lutz FL 33558-5331

Dennis Opitz
3949 Stonehenge Rd.
Fort Worth TX 76109-3415

Derik Einer Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Don Huntley
4804 N. Arcade Ave.
Fresno CA 93704-3013

Donald Caivello
14511 Charmeran Ave.
San Jose CA 95124-3566

Donald Chisholm
400 Lake Ave. NE Apt. C304
Largo FL 33771-1684

Donald DiFiore
2149 S. Kenton
Aurora CO 80014-1064

Donald Propst
6709 Yolanda
Fort Worth TX 76112-4129

Donald and Debra Woods
12 Foliate Way
Ladera Ranch CA 92694-1218

Douglas Hillenbrand
2102 Glenview Ln. NE
Rochester MN 55906-8398

Edward and Mary Lozito
9295 N. Star Dr.
Mechanicsville VA 23116-2821

Edwin Hardey
5670 Jasper Pointe Cir.
Castle Pines CO 80108-9151

Einer Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Elizabeth Williams
2374 Rosendale Village Ave.
Henderson NV 89052-8733

Elton Stone
2009 Oak Grove Rd. E
Burleson TX 76028-6997

Elwanda Santiago
137 Buchanan Court
Aledo TX 76008-3803

Eric Eaton
655 Appaloosa Rd.
Tarpon Springs FL 34688-9066

Ernest Morgan
28 Pocono Rd.
Newtown CT 06470-1248

Eve Dixon
PO Box 1510
Fort Worth TX 76101-1510

Fen V. Lee
104 Shore Dr.
Schaumburg IL 60193-4145

Frank Highly
6390 Dwane Ave.
San Diego CA 92120-3845

Garrett Flynt
Flynt Family Inc.
9944 Delamere Dr.
Fort Worth TX 76244-8536

Gary Amerson
5502 Challenger Ct.
Rockwall TX 75032-8464

Gary Baird, Jr
H. Gary Baird, Jr.
4269 Shorecrest Dr.
Dallas TX 75209-1721

Gary Donner
908 Main Street
Wayne NE 68787

Gary W. Crews
ACME Energy Company, LLC
1795 E. 71st St.
Tulsa OK 74136-5108

Gary Weiner
998 Emerald Bay
Laguna Beach CA 92651-1230

George Faris, III
6650 Trinity Heights Blvd
Ft. Worth TX 76132-3578

George Lee Weaver
11225 Northview Dr.
Aledo TX 76008-5206

George Phelps
1200 Crescent Dr.
Wayne NE 68787-1004

Gerald Meyr
33017 48th Ave. SW
Federal Way WA 98023-3311

Germaine Clarkson
1842 Cottage Dr.
Greeneville TN 37745-4388

Glen Markovics
42 Parkway Terrace
Milford CT 06461-1929

Glendal K. Dow
1320 Hardisty
Bedford TX 76021-6522

Glenn Jason Salsbury
301 Larkspur Ave.
Corona Del Mar CA 92625-3041


Gordon and Sylvia Quan
2 W. Terrace Dr.
Houston TX 77007-7039

Grace and Edward Chu
3528 Scottsdale Circle
Naperville IL 60564-4628

Grayson County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328


H.W. and Jill Ranelle
4917 Arbol Ct.
Fort Worth TX 76126-1847

James Blake Hamm
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7100

Hang Yuan and Yingzi Song
3227 N. Carriage Way
Arlington Heights IL 60004-1503


Harry and Shari Duty
424 Burton St.
Henderson NV 89015-7321

Keith William Harvey
The Harvey Law Firm, P.C.
6510 Abrams Road
Suite 280
Dallas, TX 75231-7215

He Yuan
He Yuan and Ning Li
95177 Madison St.
Burr Ridge IL 60527


Heidi Beh
2808 Canto Nubiado
San Clemente CA 92673-6420

Helen Hale
51 Lafayette Avenue
Annapolis MD 21401-2833

Herbert and Joan Sobel
3311 Tack House Rd.
Trent Woods NC 28562-6646
Honey Duncan
136 Palm Circle
Atlantis FL 33462-6627


Howard Saretsky
233 Voltz Rd.
Northbrook IL 60062-4821

Howard and Karen Agster
5402 E. Glide Slope Ct.
Granbury TX 76049-4481

Hua Shang
77 Dunmore
Irvine CA 92620-3693


Inn Lee
104 Shore Dr.
Schaumburg IL 60193-4145

Jacalyn Goodrich
580 Miller Hodge Rd.
Inman SC 29349-8058

Jack Grumbles
204 Westfork Dt.
Fort Worth TX 76114-4364


Jack Long
2536 Highridge Drive
Chino Hills CA 91709-4890

James Burgess
JNJM, LLC
7203 Lake Mead Blvd.
Arlington TX 76016-4137

James Carroll
2505 Ridgemoor Ct.
Arlington TX 76016-1434


James Krause
500 W. 13th Street
Fort Worth TX 76102-4657

James Linden
500 River Road
Unit 13
Shelton, CT 06484-4594

James Rosemeyer
Bayley Investments, LLC
662 E. Business Hwy 151
Platteville WI 53818-3761


James and Gerlinde Stevens
1609 Browns Lane
Hayes VA 23072-3904

Jan Cheng and Ximing Yang
6912 Fieldstone Dr.
Burr Ridge IL 60527-6968

Janis Bridges
2817 Fossil Run Blvd
Fort Worth TX 76131-2010

Janys Schroeder
39356 260th St.
Kingsley IA 51028-8634

Jared Meisel
5423 Winsland Lane
Charlotte NC 28277-0527

Jason Searcy, Trustee
c/o Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7100

Jay Pond
2729 Antero Dr.
Arlington TX 76006-3707

Jeff Wilshire
4001 Kenosha Rd.
Plano TX 75024-7075

Jeffrey Carter
2300 Bradwood Court
Arlington TX 76011-2241

Jeffrey Cohen
24041 Swallowtail Drive
Laguna Niguel CA 92677-1368

Jeffrey Meyer
7930 S. Jasmine Circle
Centennial CO 80112-3050

Jeffrey T. Richard
4220 Bluff Point Court
Hazel Green, WI 53811-9360

Jeffrey and Linda Richard
MidAmerica Financial Svcs, Inc.
35-B S. Court
PO Box 418
Platteville WI 53818-0418

Jeremy Rauhauser
4412 Canter Way
Flower Mound TX 75028-8755

Jeremy Szeto
24 Dupont Circle
Sugar Land TX 77479-2521

Jerry and Joan Radcliff
5595 Thatch Cir.
Prescott AZ 86305-3824

Jerry and Linda Hays
687 Cardinal Ridge Rd.
Burleson TX 76028-6206

Jia Liu and Richard Z. Lu
120 S. Fiore Pkwy
Vernon Hills IL 60061-3270

Jiangnan and Mary Chen
1 Newbury Ct.
Hawthorne Woods IL 60047-9144

Jimmy and Linda Walker
P.O. Box 931
Stephenville TX 76401-0009

Jiuzhou Wang and Meimei Xu
24 Butterfield Road
Lexington MA 02420-2585

Jocelyn Carter
2175 Funston Ave.
San Francisco CA 94116-1904

Joel Dow
8816 Calera Dr.
Austin TX 78735-1572

Joel F. Woods
1412 Blue Quail Run
Crowley TX 76036-5778

Joey and Ida Smith
3622 County Road 4660
Pomona MO 65789-9424

Joey and Linda Jo Turner
7309 N. Norman Rd.
Warr Acres OK 73132-5723

John Crowther
221 Hidden Acres Lane
Weatherford TX 76087-8643

John Diaz
5648 N. McVicker Ave
Chicago IL 60646-6103

John Gong
20603 W. Lakeridge Ct.
Kildeer IL 60047-8315

John Heckler
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

John Johnson
6154 Haley Lane
Ft. Worth TX 76132-3875

John McElroy
109 SE Rambling Trail
Weatherford TX 76087-7631

John Miyasaki
1415 W. Rascher Ave.
Chicago IL 60640-1205

John Pollick
2336 Fir St.
Glenview IL 60025-2704

John and Christy Fonvielle
Tenants in Common
212 Casa Blanca Cir
Ft. Worth TX 76107-1804

John and Felicia King
976 Ekman Dr.
Batavia IL 60510-8940


Jonathan Alex Perkins
646 North Armstead St.
Alexandria VA 22312-2928

Joseph Bolin
3830 Rice Blvd.
Houston TX 77005-2826

Joseph Little
18646 Halff Bend Dr.
Cypress TX 77433-5090


Joseph and Arlene Seminoro
25 Washington Street
Trumbull CT 06611-4668

Joseph and Carol Arpino
104 Lavery Lane
Milford CT 06461-1624

Joseph and Caroline Schmitz
4565 Pressley Rd
Santa Rosa CA 95404-8866


Judith Watkins
3004 Steeplechase Trail
Arlington TX 76016-2317

Jun Zhou
748 Sigmund Rd.
Naperville IL 60563-1338

Kathy Adams
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963


Kazu Miyasaki
1415 W. Rascher Ave.
Chicago IL 60640-1205

Kazuo and Rosalyn Nanya
432 40th Ave.
San Francisco CA 94121-1510

Keith Jackson
Riverstone Resources, Ltd.
2591 Dallas Parkway, Suite 300
Frisco TX 75034-8563


Kelly Sanders
Hupakoe, LLC
3602 Vista Chase Ct.
Arlington TX 76001-6963

Kelly Sanders
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Kening Ma
3236 Pepper Tree Point
Chino Hills CA 91709-1504


Kenneth Aldrich
YKA Partners, LLC
3200 Airport Ave., Suite 16
Santa Monica CA 90405-6116

Kenneth Cheung
3902 Coulter Ct
Arlington TX 76016-3816

Kenneth and Patricia Lowe
1504 Dolorosa Ct.
The Villages FL 32159-9111


Kenneth and Terryalin Chapman
6447 S. Indianapolis Place
Tulsa OK 74136-1422

Kenneth and Tommie Dougan
1914 Briarwood Dr
Grand Prairie TX 75050-2216

Kevin and Anne Marie Peterson
305 Martins Cove Rd.
Annapolis MD 21409-5952


Kevin and Denise Potempa
KAPAA, LLC
Wailua LLC
P.O. Box 5156
Scottsdale AZ 85261-5156

Kimberly Fuller
PI Resources, LLC
5455 Honeysuckle Rd.
Midlothian TX 76065-7006

Krystle Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649


Kurt Erickson
4848 E. Milton Dr.
Cave Creek AZ 85331-5965

Laddie Zimmet
5101 FM 1187
Burleson TX 76028-3053

Lance Barlow
Barlow Investments
2727 E. Kirby DR, 9E
Houston TX 77098-1149

| | | |
|---|---|---|
| Lanning Macfarland<br>1310 Hackberry Ln.<br>Winnetka IL 60093-1608 | Lawrence and Theodora Esposito<br>155 Rimmon Rd<br>North Haven CT 06473-2873 | Lee Eggers<br>TMICO Lee G. Eggers<br>490 Camp St.<br>Platteville WI 53818-1707 |
| Lei Yan<br>1505 Clarkson Ct.<br>Naperville IL 60565-1733 | Leland Phillips<br>3709 Tumbling Trail Ct.<br>Fort Worth TX 76116-9328 | Lewis Graham<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 |
| Lihong Huang and Xiaoli Zhang<br>26597 N. Kenwood Ct.<br>Mundelein IL 60060-3540 | Liping Zhong<br>426 E. Sunnyside Ave.<br>Libertyville IL 60048-2937 | Lucile Sims Wise<br>3600 Wosley Dr.<br>Fort Worth TX 76133-2137 |
| Luis Gonzalez<br>2701 N. Grapevine Mills Blvd. 728<br>Grapevine TX 76051-2060 | Lynne Bentsen<br>Barlow Investment Ltd.<br>2727 Kirby Dr. 9E<br>Houston TX 77098-1149 | Malcolm V. Vye IRA<br>145 N. Sheridan<br>Winnetka IL 60093-4223 |
| Marc Henn<br>Harvest Financial Advisors, LLC<br>440 Glendale Ave.<br>Cincinnati OH 45246-3815 | Margaret McElroy<br>109 SE Rambling Trail<br>Burleson TX 76087-7631 | Margaret Ng and Ross Chan<br>6112 Ascot Drive<br>Oakland CA 94611-2527 |
| Margaret and David Grubbs<br>205 Kenmore Ave.<br>Elmhurst IL 60126-3517 | Margarett Propst<br>6709 Yolanda Dr.<br>Fort Worth TX 76112-4129 | Marisa Lindholm<br>333 Via Lido Nord<br>Newport Beach CA 92663-4649 |
| Mark Modlin<br>4005 Kenosha Rd.<br>Plano TX 75024-7075 | Mark and Romalyn Trewitt<br>4017 Messina Drive<br>Plano TX 75093-7038 | Marlow and Rebecca Williams<br>197 Golden Crown Ave.<br>Henderson NV 89002-9267 |
| Marty Prinz<br>Blind Canyon<br>1780 N. Kimball Avenue<br>Southlake TX 76092-4002 | Marvin and Mary Van Hal<br>280 East Bob Jones Rd.<br>Southlake TX 76092-9275 | Mary A. Gardecki<br>68 Auburn St.<br>Stratford CT 06614-3701 |
| Mary Ann Swift<br>200 N. Matteson Ave<br>Republic MO 65738-1675 | Mary Jane Pompa<br>21 Basking Ridge Rd.<br>Shelton CT 06484-3897 | Mary Louise and Albert Edwards<br>778 Old Stratfield Rd.<br>Fairfield CT 06825-7427 |
| Mary Russell<br>3111 Kelly Rd<br>Aledo TX 76008-4882 | Meiyu Chen<br>913 Ashford Lane<br>Westmont IL 60559-2656 | Michael Kudlik<br>4760 Highland Drive Suite 245<br>Holladay Utah 84117-5149 |

Michael Kusheba  
235 Deerfield Dr  
Stratford CT 06614-2767

Michael Mitchell  
300 Landwyck Ln.  
Flower Mound TX 75028-7144

Michael Musaraca  
2414 Blue Spruce Ct.  
Aurora IL 60502-6420

Michael Niemann  
Julie Wakeman  
14105 W. 72nd St.  
Shawnee KS 66216-5520

Michael Pettis  
Pettis Oil and Gas, LLC  
3140 Brookhollow Ct.  
Prosper TX 75078-0529

Michael Ranelle  
4220 Harlanwood  
Fort Worth TX 76109-2045

Michael Sobel  
3311 Tack House Rd.  
Trent Woods NC 28562-6646

Michael Yates  
22292 Regnart Rd.  
Cupertino CA 95014-4845

Michael and Pamela Spitzer  
2010 Roma Ave.  
Fruita CO 81521-8616

Mike Wang  
390 Foothill Ave.  
Sierra Madre CA 91024-1518

Molly Bayer  
Kijabe, LLC  
3602 Vista Chase Court  
Arlington TX 76001-6963

Mona Fields  
2006 Underwood Rd  
Aledo TX 76008-2447

Monica Markovics  
37 Parkway Terrace  
Milford CT 06461-1930

Christopher Moser  
2001 Bryan Street, Suite 1800  
Dallas, TX 75201-3070

Natalia Ryndin  
28832 Sean Dr.  
Laguna Niguel CA 92677-4661

Nathan Sanders  
BESCO Family Investments, LLC  
3309 Mansfield Hwy.  
Fort Worth TX 76119-6025

Neil Agrawal  
2962 E. 45th Place  
Tulsa OK 74105-5204

Noel and Sandra Markovics  
42 Parkway Terrace  
Milford CT 06461-1929

Noral and Juanita Gregory  
2881 Oakbriar Trail  
Fort Worth TX 76109-5556

Oklahoma City OK 73156  
Julie Wakeman  
14105 W. 72nd St.  
Shawnee KS 66216-5520

Om and Veena Agrawal  
209 Kenshire Dr.  
Benbrook TX 76126-4113

Pamela Smith  
481 Pecan  
Burleson TX 76028-6309

Payson Petroleum 3 Well, L.P.  
2652 FM 407 E, Ste. 250  
Bartonville, TX 76226-7026

Peili Wu  
3108 Regal Dr.  
Arlington TX 76016-2028

Peter Backes  
9448 Quail Ridge Dr.  
Las Vegas NV 89134-8938

Peter and Monika Wettenstein  
5325 E. Kathleen Rd.  
Scottsdale AZ 85254-1758

Philip Zou  
1065 Sanctuary Ct.  
Vernon Hills IL 60061-3608

Philip and Anita Strand  
1911 Nelson Ct.  
DeSoto TX 75115-2142

Pottsboro ISD  
% Perdue Brandon Fielder Et Al  
500 E. Border Street  
Suite 640  
Arlington, TX 76010-7457

Pottsboro ISD  
c/o Perdue Brandon Fielder et al  
500 East Border Street, Suite 640  
Arlington, TX 76010-7457

| | | |
|---|---|---|
| Prem Kumar<br>Wildflower LLC<br>817 E. San Angelo Ave.<br>Gilbert AZ 85234-3513 | Randall McKenna<br>North Central Texas Holding and<br>Investments, Inc.<br>400 King Ranch Rd.<br>Southlake TX 76092-2026 | Randall Swift<br>200 N. Matteson Ave<br>Republic MO 65738-1675 |
| Randy Lew<br>4647 Sidonia Ct.<br>Ft. Worth TX 76126-1920 | Ravindra and Kum Prakash<br>1170 Alderbrook Lane<br>San Jose CA 95129-2956 | Raymond and Janet Smith<br>623 E. River Quarry Court<br>Eagle ID 83616-6351 |
| Rebecca Lowe<br>643 SW T Highway<br>Holden MO 64040-8107 | Reinhardt and Merlee Lange<br>136 Benedict Ave.<br>Fairfield CT 06825-1705 | Renjie Fu<br>405 E. 58th St.<br>Westmont IL 60559-3368 |
| Richard Graham<br>31331 S. Coast Hwy.<br>Laguna Beach CA 92651-6989 | Richard Sobel<br>7410 Center Bay Dr.<br>North Bay Village FL 33141-4014 | Richard and Sue Rector<br>5813 Wales Avenue<br>Fort Worth TX 76133-2711 |
| Rick Gardner<br>420 Aspen Street<br>Prescott AZ 86303-4004 | Rickey and Wendy Kelman<br>3120 E. Puget Ave.<br>Phoenix AZ 85028-5329 | Robert Mendonsa<br>4507 Meadow Hill<br>McKinney TX 75070-4613 |
| Robert Watkins<br>3004 Steeplechase Trail<br>Arlington TX 76016-2317 | Robert and Carole Orsillo<br>60 Brierwood Drive<br>Watertown CT 06795-2016 | Robert and Marianne Laska<br>73 Centennial Dr.<br>Milford CT 06461-1662 |
| Robert and Peggy Yacobi<br>6 Chanteraine Close<br>Williamsburg VA 23185-8604 | Rocky and Anna Howington<br>1 Saint Louis Lane<br>Pleasant Hill CA 94523-1139 | Roger Damron<br>PO Box 21729<br>Chattanooga TN 37424-0729 |
| Roland Lentz<br>1521 Vintage Hill Dr<br>Wayne NE 68787-1236 | Romalyn Trewitt<br>4017 Messina Drive<br>Plano TX 75093-7038 | Ron Franco<br>Bluepack LLC<br>P.O. Box 5287<br>Culver City CA 90231-5287 |
| Ronald Barfield<br>700 W. Harwood, Suite A<br>Hurst TX 76054-3391 | Ronald Guichard<br>2937 N. Talman Ave<br>Chicago IL 60618-7814 | Ronald Oberle<br>30525 Fort Apache Drive<br>Congress AZ 85332 |
| Ronald and Cheryl Waggoner<br>834 Doubletree Lane<br>Springfield MO 65810-3261 | Ronald and Libbie Adams<br>115 Ravenhill Dr.<br>Highlandville MO 65669-8227 | Rose Marie Klein<br>1389 Calle de las Granvas<br>Livermore CA 94551-2595 |

Roy Williams
190 Mt. Pleasant Ave.
Stratford CT 06614-3420

Roy and Carol Ray
2000 Underwood Rd.
Aledo TX 76008-2447

Rudolph Perry
48 E. Bison Circle
Florissant CO 80816-7157

Russell Karr
8108 Modena Dr
Fort Worth TX 76126-6113

Ryan Grossman
207 Mt. Oak Pl.
Annapolis MD 21409-5868

Sandra Markovics
42 Parkway Terrace
Milford CT 06461-1929

Sara Ng
218 Wood Glen Lane
Oak Brook IL 60523-1533

Jason R Searcy
PO Box 3929
Longview, TX 75606-3929

Shannon Kmak
4005 Kenosha Rd.
Plano TX 75024-7075

Sharlene Sims Horak
4436 Overton Terrace
Fort Worth TX 76109-2517

Sharolyn Richardson
8003 Turkey Trail
Benbrook TX 76126-6101

Shawn Miller
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Shirley Nolsheim
13480 88th Ave. North
Seminole FL 33776-2607

Shrimant and Susy Ayaram
222 Glen Ridge Dr.
Murphy TX 75094-4205

Shu and Lisa Chen
5844 Golden Eye Dr.
Long Grove IL 60047-5048

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Stephen Brown
8601 Westown Parkway 6108
West Des Moines IA 50266-1632

Steven O'Leary
Helen M. Hale - Principle
73 Conduit St.
Annapolis MD 21401-2601

Steven and Carolyn Wiesenfeld
66 Chester Rd.
Easton CT 06612-1806

Sue Chappell
5071 S. Burrows Ave.
Springfield MO 65810-2054

Sunil Agrawal
4323 S. Quincy Place
Tulsa OK 74105-4135

Suresh and Malini Kumar
5210 Pine Forest Rd.
Houston TX 77056-1313

Taher Sobhy
41 W. Mallard Lane
Lakeforest IL 60045-2902

Tami Rodgers
3309 Wild Oaks Ct
Burleson TX 76028-2333

Tammy McKain
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Tapan and Anisa Daftari
6595 Old Riverside Dr.
Altanta GA 30328-2744

Tarry Dahmer
2400 SW Wintercreek Ct.
Lee's Summit MO 64081-4085

Terry Scharig
Payson Petroleum
34601 E. Shore Rd.
Lone Jack MO 64070-9169

Theodora Esposito
155 Rimmon Rd
North Haven CT 06473-2873

Theodore Lung
1839 E 2453rd Lane
Camp Point IL 62320-2129

| | | |
|---|---|---|
| Thomas Clayton<br>26770 Sale Barn Ln<br>Belmont WI 53510-9725 | Thomas Hayes<br>5115 N. Dysart Road, 202-217<br>Litchfield Park AZ 85340-3032 | Thomas Hoppe<br>11051 Dormie Drive<br>San Antonio FL 33576-7048 |
| Thomas and Lois Partridge<br>199 CR 1747<br>Clifton TX 76634-3990 | Timothy Carman<br>2215 River Ridge Rd.<br>Arlington TX 76017-2631 | Timothy Cypert<br>703 Jackson St.<br>Rockwall TX 75087-2212 |
| Timothy Moore<br>313 Stonebridge Dr.<br>Rockwall TX 75087-3434 | Timothy and Stacey Gibson<br>145 Links Lane<br>Aledo TX 76008-6917 | Todd Stephens<br>230 Miramar Way<br>West Palm Beach FL 33405-4712 |
| Todd and Melanie Gregory<br>600 W. Republic Road<br>Suite A116<br>Springfield MO 65807-5805 | Tom Hinshaw<br>HRC Roofing<br>2845 Roadway Drive<br>Columbus IN 47201-7465 | Toussaint Smith<br>2315 Legend Woods Ct.<br>Sugar Land TX 77479-5474 |
| Tracy G. Ward<br>2313 S. Toledo Ave.<br>Tulsa OK 74114-3622 | Travis Petree<br>2951 Rainbow Drive<br>Mason City IA 50401-8931 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Van and Mary Butler<br>62 Cypress Ct.<br>Durango CO 81301-3782 | Virginia Humphrey<br>National Financial Services, LLC<br>340 S. Lemon Ave. 8337<br>Walnut CA 91789-2706 |
| Virginia Rhodes<br>7570 E. Manley Dr.<br>Prescott Valley AZ 86314-5166 | Warren and Fay Bush<br>PO Box 80140<br>Keller TX 76244-2902 | Wendy Yang and Li Liu<br>Delftechpark 26, 2628<br>XH Delft, Netherlands |
| Wenzhong and Dana An<br>29602 N. Birch Ave.<br>Lake Bluff IL 60044-1176 | William Cozad<br>10401 W. Charleston Blvd., V6<br>Las Vegas NV 89135-8706 | William Dax Symonds<br>3170 Westcliff Rd. West<br>Fort Worth TX 76109-2128 |
| William Kloster<br>112 Tres Vista Court<br>Cresson TX 76035-5838 | William Martin<br>3708 Brookfield<br>Plano TX 75025-3780 | William Ralph Westbrook<br>338 Park Brook Dr.<br>Dallas TX 75218-1152 |
| William and Deborah Hayden<br>4520 Cheval Blvd.<br>Lutz FL 33558-5331 | William and Joann Whelpley<br>308 Martel Ct.<br>Coppell TX 75019-7583 | Daniel P. Winikka<br>Loewinsohn Flegle Deary Simon, LLP<br>12377 Merit Drive<br>Suite 900<br>Dallas, TX 75251-3102 |

| | | |
|---|---|---|
| Woodrow and Jo Ann Wilson<br>59250 E. 190 Rd<br>Fairland OK 74343-1753 | Yang Zhao and Hong Yang<br>31 E. 59th St.<br>Westmont IL 60559-2501 | Yanhua Shi<br>447 Lynn Ct.<br>Clarendon Hills IL 60514-1000 |
| Ying Qi<br>2220 Joyce Lane<br>Naperville IL 60564-4404 | Ying and Siwen Qu<br>1725 Holly Ct.<br>Long Grove IL 60047-5139 | Yulduz Cohen<br>28264 Via Marcus<br>Laguna Niguel CA 92677-7527 |
| Zhong Wu<br>3880 Tahoe St.<br>West Sacramento CA 95691-5452 | Zhongwen Huang<br>Huifang Liang<br>3915 Snowbird Lane<br>Northbrook IL 60062<br>ZiJun Zhao<br>Kraehenbruch 60062-4269 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Grayson County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | (u)HongMei Han<br>Kraehenbruch 4<br>Dortmund  44227 | (u)Judy Fulton<br>Seven Wells Royalty, LLC<br>P.O. Box 21866 |
| (d)Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3070 | (d)Jason R. Searcy<br>P. O. Box 3929<br>Longview, TX 75606-3929 | End of Label Matrix<br>Mailable recipients   337<br>Bypassed recipients     5<br>Total                342 |