Fill in this information to identify the case:

Debtor 1 _Payson Petroleum 3 Well 2014, L.P._

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Eastern_ District of _Texas_

Case number _17-40180_

FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2017 MAR -2 AM 11: 37

CLERK. U S BANKRUPTCY COURT

BY_____DEPUTY CLERK

# Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
_The Allan H. + Marcia A. Rastede Family Revocable Living Trust, Dated Nov. 1, 2006_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Allan H. Rastede_
Name
_211 S. Grove Street_
Number  Street
_Allen_     _NE_   _68710_
City        State   ZIP Code

Contact phone _402 635-2214_
Contact email _amrastede@nntc.net_

Where should payments to the creditor be sent? (if different)

Name _____
Number  Street _____
City  State  ZIP Code _____

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT A

Official Form 410                          Proof of Claim                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: EIN 3 3 2 7

**7. How much is the claim?** $44,000.00 . Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Money invested in Payson Petroleum Well 3, 2014, L.P

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 02/24/2017
            MM / DD / YYYY

8 _Allan H. Rastede_
  Signature

Print the name of the person who is completing and signing this claim:

Name: Allan (First name) Henry (Middle name) Rastede (Last name)

Title: Trustee of the Allan H. + Marcia A. Rastede Family

Company: Revocable Living Trust
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 211 S. Grove Street
         Number    Street

Allen                         NE      68710
City                          State   ZIP Code

Contact phone: 402 635-2214     Email: amrastede@nntc.net



April 25, 2013

The Allan H. & Marcia A. Rastede Family RL Trust, dtd. 2006
Allan H. & Marcia A. Rastede, Trustees
211 S. Grove St.
Allen, NE 68710

RE: Payson Petroleum 3-Well 2014, LP

Dear Mr. & Mrs. Rastede:

This letter serves as acknowledgement that we received your subscription documents for 1.629 units in the "Payson Petroleum 3-Well 2014, LP" and your check in the amount of $44,000.00. Your subscription has been accepted and we are enclosing herein a copy of the signature page of your subscription agreement with my original signature for your records.

Thank you for your participation in the Payson Petroleum 3-Well 2014, LP. If you have any questions or need any information, please do not hesitate to contact us. We look forward to a long and profitable relationship. Thank you for partnering with us.

Respectfully,

Matthew Griffin
CEO

Memorandum # 132                         Submitted to: _____

EXHIBIT (C)
FORM OF SUBSCRIPTION AGREEMENT

SUBSCRIPTION AGREEMENT

TO:   Payson Petroleum 3 Well, LP
      2652 FM 407 E, Suite 250
      Bartonville, TX 76226

1.   Subscription **Allan H & Marcia A Rastede RLT trust #A 2006**
     (Name of Investor(s))

whose Social Security No./Employer I.D. No. is **508 60 7567**

whose E-mail address is **AMrestede@unte.net**

and whose mailing address is **211 So Grove St Allen, NE 68710**

hereby subscribes for **1.629** Unit(s) of partnership interests (the "Units") of Payson Petroleum 3 Well, LP., a Texas limited partnership (the "Partnership"), as a

   **X**  General Partner.                  _____ Limited Partner

The undersigned agrees to pay, and delivers herewith, $ **27,000**¹ per Unit, a total subscription of $ **44,000**

Subscription funds as are received will be deposited into the escrow account for the partnership and once escrow has been broken thereinafter in the general account of the Partnership, once accepted by Payson Petroleum Grayson, LLC. (the "Managing General Partner").

Checks are to be made payable to *"Payson Petroleum 3 Well, LP Prospect Escrow Account"* for deposit before Escrow has been reached and made payable to *"Payson Petroleum 3 Well, LP"* once Escrow has been reached.

The undersigned understands that the funds will be utilized by the Partnership in the manner set forth in the Confidential Private Placement Memorandum (the "Memorandum") delivered herewith. The offering will continue until December 31, 2013.

2.   Representations and Warranties of the Undersigned. The undersigned hereby represents and warrants as follows:

(a)   That the undersigned is an "accredited investor," as that term is defined in the Memorandum, is financially responsible, able to meet his obligations and acknowledges that this investment will be long term, must be held indefinitely and is by its nature speculative;

(b)   That the undersigned understands that the Units have not been registered under the Act and applicable state securities laws in reliance on the exemption provided by Section 4(2) of the Securities Act of 1933, as amended, and Regulation D promulgated thereunder, relating to transactions not involving a public offering and corresponding state securities laws regarding non-public offerings. The undersigned further understands that the undersigned is purchasing these securities without being furnished any offering literature or prospectus other than the Memorandum supplied under, or identified in, this Subscription Agreement. The undersigned acknowledges receipt of the Memorandum and represents that he carefully has reviewed the same;

---

¹ Unit price is either: $25,650 if subscription is on or before December 3, 2013 and $27,000 per unit if subscription is after December 3, 2013.

5

IN WITNESS WHEREOF, the parties hereto have executed this Subscription Agreement as of the date and year set forth below.

Dated: 4/21, 2014

**Individual Investor**

X _Allan H. Rastede Trustee_
(Signature 1)

X _Marcia A. Rastede Trustee_
(Signature 2)

Allan H & Marcia A Rastede
(Printed Name of Investor(s))

**Corporation/LLC/Trust Investor**

Allan H & Marcia A Rastede family R L-Trustee Nr 2006
(Entity Name)

By: _____

Name: _____

Its: _____

**Limited Partnership Investor**

_____
(Entity Name)

By: _____

Name: _____

Its: _____

**ACCEPTED BY:**

PAYSON PETROLEUM 3 WELL, LP

By: Payson Petroleum Grayson, LLC
its Managing General Partner

By: _signature_
Name: Matthew Griffin
Its: President

**BROKER DEALER:**
printed name - please print legibly

MidAmerica F.S.

**REPRESENTATIVE**
printed name - please print legibly

George Phelps, CFP

**ELECTION TO MAIL DISTRIBUTIONS TO ALTERNATIVE PAYEE**

To have distributions mailed to a party other than the registered Investor listed above, please complete the information below.

Name of firm (bank or brokerage): _____
Address: _____
Account name: _____

Account number: _____

6