| Fill in this information to identify the case: |
|---|
| Debtor 1 _Payson Petroleum 3 Well, L.P._ |
| Debtor 2 (Spouse, if filing) _Payson Petroleum 3 Well, L.P._ |
| United States Bankruptcy Court for the: _____ District of _Eastern District_ |
| Case number _17-40179_ _of texas_ |

FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
2017 FEB 21 PM 1:33
CLERK, U S BANKRUPTCY COURT
BY _____ DEPUTY CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
_Liping Zhong_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
_Liping Zhong_
Name
_426 E. Sunnyside Ave_
Number  Street
_Libertyville, IL  60048_
City  State  ZIP Code

Contact phone _847-208-2865_
Contact email _zhonglip@gmail.com_

Where should payments to the creditor be sent? (if different)
Name _____
Number  Street _____
City  State  ZIP Code _____
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___ ___ ___ ___

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____


EXHIBIT A

Official Form 410  Proof of Claim  page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

   FEIN: 46-4463327

7. How much is the claim? $ 54,000.00. Does this amount include interest or other charges?
   ☐ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Money invested in oil and gas

9. Is all or part of the claim secured?
   ☒ No   not sure, we should still owe the wells
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $ _____
   **Amount of the claim that is secured:** $ _____
   **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ _____

   **Annual Interest Rate** (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. Is this claim subject to a right of setoff?
    ☐ No
    ☒ Yes. Identify the property: wells

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No  unsure | |
|---|---|---|
| | ☐ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/15/2017
                  MM / DD / YYYY

_____[signature]_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Liping _____ Zhong
      First name   Middle name   Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 426 E. Sunnyside Ave.
         Number   Street
         Libertyville        IL      60048
         City                State   ZIP Code

Contact phone: 847-208-2865      Email: zhonglip@gmail.com

PAYS3327

# Payson Petroleum 3 Well 2014, LP
## 2652 FM 407 E., Ste 250
## Bartonville, TX 76226

March 31, 2016

**CONFIDENTIAL**

Liping Zhong
426 E. Sunnyside Ave.
Libertyville, IL 60048

Dear Partner:

Enclosed is your copy of Schedule K-1, which was prepared for us by the accounting firm of Hinckley Cook PC. It contains your share of income/loss, deductions, credits, and other information for the tax year ended December 31, 2015. These items are to be reported on your federal income tax return; therefore, this schedule should be retained with your tax records and documentation.

Also enclosed is state K-1 information, if applicable. This information should also be retained with your tax records and documentation.

In addition, the basis information was prepared by Hinckley Cook PC. This information consists of your basis and, if applicable, your share of any suspended or disallowed losses. Retain this information with your tax records; it may be needed to complete your federal income tax return.

If you have any questions, or need assistance in any way, please call.

Sincerely,


Payson Petroleum 3 Well 2014, LP

PAYS3327

651113

| PARTNER# 232 | | |
|---|---|---|
| Schedule K-1 (Form 1065) | 2015 | ☐ Final K-1  ☐ Amended K-1    OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2015, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I  Information About the Partnership

A  Partnership's employer identification number

B  Partnership's name, address, city, state, and ZIP code
PAYSON PETROLEUM 3 WELL 2014, LP
2652 FM 407 E., STE 250
BARTONVILLE        TX  76226

C  IRS Center where partnership filed return
E-FILE

D  ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

E  Partner's identifying number

F  Partner's name, address, city, state, and ZIP code
LIPING ZHONG
426 E. SUNNYSIDE AVE.
LIBERTYVILLE      IL  60048

G  ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

H  ☒ Domestic partner    ☐ Foreign partner

I1  What type of entity is this partner?  **INDIVIDUAL**

I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 0.276532 % | 0.276103 % |
| Loss | 0.276532 % | 0.276103 % |
| Capital | 0.270962 % | 0.266445 % |

K  Partner's share of liabilities at year end:
- Nonrecourse $ _____
- Qualified nonrecourse financing $ _____
- Recourse $ _____

L  Partner's capital account analysis:
- Beginning capital account $ 7,299
- Capital contributed during the year $ _____
- Current year increase (decrease) $ 731
- Withdrawals & distributions $ ( 1,690 )
- Ending capital account $ 6,340

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book   ☐ Other (explain)

M  Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) 1,802 | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items  D 2,188 |
| 9b | Collectibles (28%) gain (loss) | | E 1,416 |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions  A 1,690 |
| 13 | Other deductions  W* 1,071 | 20 | Other information  T* STMT |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1065.        IRS.gov/form1065        Schedule K-1 (Form 1065) 2015
DAA