

FILED
U.S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2017 APR -3 PM 12: 59

CLERK, U S BANKRUPTCY COURT

BY_____DEPUTY CLERK

**Fill in this information to identify the case:**

Debtor 1 _PAYSON PETROLEUM WELL 3, L.P._

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _EASTERN_ District of _TEXAS_

Case number _17-40179_

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_MALCOLM V VYE IRA_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

_MALCOLM VYE_
Name

_145 N SHERIDAN_
Number        Street

_WINNETKA    IL   60093-4223_
City        State        ZIP Code

Contact phone _847-835-2095_

Contact email _847-894-5243_

**Where should payments to the creditor be sent? (if different)**

Name _____

Number        Street _____

City        State        ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.   Claim number on court claims registry (if known) _____   Filed on _____
                                                                                 MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.   Who made the earlier filing? _____

**EXHIBIT**

**A**

Official Form 410

Proof of Claim

page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**    $ _205,200_ .    **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_PURCHASE OF 8 UNITS OF " PAYSON PETROLEUM - 3 WELL, LP ON 1/16/2013_

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**    page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box: |
|---|---|
| | ☒ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _03_/_30_/_2017_
           MM / DD / YYYY

8 ___*Malcolm V. Vye*___
     Signature

**Print the name of the person who is completing and signing this claim:**

Name    _MALCOLM_  _VINCENT_  _VYE_
          First name       Middle name        Last name

Title    _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _145  N  SHERIDAN RD_
          Number      Street
         _WINNETKA_          _IL_    _60093-4223_
          City                State   ZIP Code

Contact phone  _847-835-2095_    Email _MACONMAC@NORTHWESTERN.EDU_



January 16, 2013

Malcolm V. Vye
145 N. Sheridan Rd.
Winnetka, IL 60093

RE: Payson Petroleum 3-Well, LP

Dear Malcolm:

This letter serves as acknowledgement that we received your subscription documents for 8 units in the "Payson Petroleum 3-Well, LP" and your wire in the amount of $205,200.00. Your subscription has been accepted and we are enclosing herein a copy of the signature page of your subscription agreement with my original signature for your records.

Thank you for your participation in the Payson Petroleum 3-Well, LP. If you have any questions or need any information, please do not hesitate to contact us. We look forward to a long and profitable relationship. Thank you for partnering with us.

Respectfully,

Matthew Griffin
CEO

Memorandum # _127_                                     Submitted to: _____

## EXHIBIT (C)
## FORM OF SUBSCRIPTION AGREEMENT

---

## SUBSCRIPTION AGREEMENT

TO:     Payson Petroleum 3 Well, LP
        2652 FM 407 E, Suite 250
        Bartonville, TX 76226

1.      Subscription. _Malcolm V Vye    IRA_
                                        (Name of Investor(s))

whose Social Security No./Employer I.D. No. is _312 34 3065_

whose E-mail address is _maconmac@northwestern.edu_

and whose mailing address is _145 N Sheridan Rd  Winnetka IL 60093-4223_

hereby subscribes for ___8___ Unit(s) of partnership interests (the "Units") of Payson Petroleum 3 Well, LP., a
Texas limited partnership (the "Partnership"), as a

_____ General Partner.                        _X_ Limited Partner

The undersigned agrees to pay, and delivers herewith, $ ~~27,000~~ _25,650_ [1] per Unit, a total subscription of
$ ~~216,000~~  _205,200_ .

        Subscription funds as are received will be deposited into the escrow account for the partnership and once
escrow has been broken thereinafter in the general account of the Partnership, once accepted by Payson Petroleum
Grayson, LLC. (the "Managing General Partner").

Checks are to be made payable to *"Payson Petroleum 3 Well, LP Prospect Escrow Account"* for deposit before
Escrow has been reached and made payable to *"Payson Petroleum 3 Well, LP"* once Escrow has been reached.

        The undersigned understands that the funds will be utilized by the Partnership in the manner set forth in the
Confidential Private Placement Memorandum (the "Memorandum") delivered herewith. The offering will continue
until December 31, 2013.

        2.      Representations and Warranties of the Undersigned. The undersigned hereby represents and
warrants as follows:

        (a)     That the undersigned is an "accredited investor," as that term is defined in the
Memorandum, is financially responsible, able to meet his obligations and acknowledges that this investment
will be long term, must be held indefinitely and is by its nature speculative;

        (b)     That the undersigned understands that the Units have not been registered under the Act
and applicable state securities laws in reliance on the exemption provided by Section 4(2) of the Securities Act of
1933, as amended, and Regulation D promulgated thereunder, relating to transactions not involving a public offering
and corresponding state securities laws regarding non-public offerings. The undersigned further understands that the
undersigned is purchasing these securities without being furnished any offering literature or prospectus other than
the Memorandum supplied under, or identified in, this Subscription Agreement. The undersigned acknowledges
receipt of the Memorandum and represents that he carefully has reviewed the same;

---

[1] Unit price is either: $25,650 if subscription is on or before December 3, 2013 and $27,000 per unit if subscription
is after December 3, 2013.

IN WITNESS WHEREOF, the parties hereto have executed this Subscription Agreement as of the date and year set forth below.

Dated: _____ 11/22 , 2013.

**Individual Investor**

_____
(Signature 1)

_____
(Signature 2)

Malcolm V Vye
(Printed Name of Investor(s))

---
ACCEPTED BY:

PAYSON PETROLEUM 3 WELL, LP

By: Payson Petroleum Grayson, LLC
    its Managing General Partner

By: _____
Name: Matthew C. Griffin
Its: President
---

**Corporation/LLC Investor**

_____
(Entity Name)

By: _____
Name: _____
Its: _____

**Limited Partnership Investor**

_____
(Entity Name)

By: _____
Name: _____
Its: _____

**BROKER DEALER:**
printed name  - please print legibly

MidAmerica Financial Services

**REPRESENTATIVE**
printed name  - please print legibly

Ernest Palmer III

## ELECTION TO MAIL DISTRIBUTIONS TO ALTERNATIVE PAYEE

To have distributions mailed to a party other than the registered Investor listed above, please complete the information below.
Name of firm (bank or brokerage): _____
Address: _____
Account name: _____

Account number: _____