# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAYSON PETROLEUM 3 WELL, LP, | § | Case No. 17-40179-btr |
| A TEXAS LIMITED PARTNERSHIP, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

NOW COMES Loewinsohn Flegle Deary Simon LLP ("LFDS") and notifies the Court and all other parties that it is withdrawing its claim in this case. LFDS filed its claim on or about May 9, 2017, in the amount of $33,519.77, which claim is designated as claim number 11 on the claims register. That claim is no longer owed by the Debtor. Therefore, LFDS hereby withdraws its claim 11.

DATED: September 25, 2018         Respectfully submitted,

*/s/ Daniel P. Winikka*
Daniel P. Winikka (TX 00794873)
**LOEWINSOHN FLEGLE DEARY SIMON LLP**
12377 Merit Drive, Suite 900
Dallas, TX 75251
Telephone: (214) 572-1700
Facsimile: (214) 572-1717
danw@lfdslaw.com

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies, that on this 25th day of September, 2018, he caused to be served a true and correct copy of this Notice of Withdrawal of Proof of Claim, by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

               */s/ Daniel P. Winikka*
               Daniel P. Winikka