**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAYSON PETROLEUM 3 WELL, LP, | § | Case No. 17-40179 |
| | § | Chapter 7 |
| DEBTOR. | § | |

**PAYSON PETROLEUM, INC. TRUSTEE'S MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSIES PURSUANT TO FED. R. BANKR. P. 9019(b)**

TO THE HONORABLE BRENDA T. RHOADES, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Jason R. Searcy, chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Payson Petroleum, Inc. and files this *Motion for Authority to Compromise Controversies Pursuant to Fed. R. Bankr. P. 9019(b)* (the "Motion"), and shows:

**RELIEF REQUESTED**

1. The Trustee seeks authority to settle controversies with the defendants in Adversary Proceeding No. 18-04074 and dismiss claims against settling defendants under Federal Rule of Civil Procedure 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, without further notice or hearing pursuant to Fed. R. Bankr. P. 9019(b).

**BACKGROUND**

2. On October 27, 2017, the Court entered its Agreed Order Granting Joint Motion to Approve Compromise and Settlement Pursuant to Bankruptcy Rule 9019 [Docket No. 37] which provided, *inter alia*, that

> Payson Petroleum is hereby granted standing and authority to enforce and prosecute…the 3 Well LP Partnership Related Claims without further order of this Court. Payson Petroleum is hereby appointed the representative of the 3 Well LP bankruptcy estate for purposes of prosecuting the…3 Well LP Partnership Related Claims

1

    pursuant to the 3 Well LP Subject Claims Assignment and Participation Agreement.

Docket No. 37 at paragraph 10.

  3.  On September 12, 2018, the Trustee filed Adversary Proceeding No. 18-04074 (the "<u>Adversary Proceeding</u>") in the above-captioned bankruptcy case. The Trustee sued 109 general partners of Payson Petroleum 3 Well, LP (the "<u>Partnership Debtor</u>") as jointly and severally liable for the deficiency in the Partnership Debtor's estate property to pay allowed claims against the Partnership Debtor under 11 U.S.C. § 723(a) and Texas partnership law.

  4.  On September 24, 2018, Summons was issued for the defendants in the Adversary Proceeding, who were served with process by first class, certified mail, return receipt requested. Their answer date is October 24, 2018.

## ARGUMENTS AND AUTHORITIES

  5.  Federal Rule of Bankruptcy Procedure 9019 governs compromises with the trustee and provides that "[a]fter a hearing on such notice as the court may direct, the court may fix a class or classes of controversies and authorize the trustee to compromise or settle controversies within such class or classes without further hearing or notice." FED. R. BANKR. P. 9019(b).

  6.  Under 11 U.S.C. § 105(a), this Court may "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

  7.  The Trustee requests authority to settle his claims against the defendants in the Adversary Proceeding without further hearing or notice. This would further the Bankruptcy Code's policy of efficiency in case administration and would be a more efficient use of the Court's resources than to require a separate motion under Bankruptcy Rule 9019(a) for settlement with each individual defendant.

WHEREFORE, PREMISES CONSIDERED, Jason R. Searcy, chapter 11 Trustee for the bankruptcy estate of Payson Petroleum, Inc., prays that the Court grant this Motion and for such other relief as the Court finds appropriate and just to grant.

Respectfully submitted,

**SNOW SPENCE GREEN LLP**

By: */s/ Blake Hamm*
    Blake Hamm, SBN 24069869
    blakehamm@snowspencelaw.com
    Aaron Guerrero, SBN 24050698
    aaronguerrero@snowspencelaw.com
    Bryan Prentice, SBN 24099787
    bryanprentice@snowspencelaw.com
    2929 Allen Parkway, Suite 2800
    Houston, Texas 77019
    (713) 335-4800
    (713) 335-4848 (Fax)
*Attorneys for Jason R. Searcy,*
*Trustee for Payson Petroleum, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 9, 2018, a true and correct copy of this document was served (i) via the Court's electronic case filing system upon the parties listed below or by email listed below, (ii) via the Court's electronic case filing system for Eastern District of Texas upon all parties requesting electronic notice of all filings and (iii) via regular First Class Mail, properly addressed and postage prepaid, upon all parties listed on the Master Service List attached hereto.

Debtors Payson Petroleum, Inc., Payson Operating, LLC, and Maricopa Resources, LLC
Mark A. Weisbart
12770 Coil Road, Suite 541
Dallas, TX 75251
weisbartm@earthlink.net,
TX56@ecfcbis.com;mweisbart@ecf.epiqsystems.com;
tarah_simmons@earthlink.net

Debtor Payson Petroleum 3 Well, LP
1757 Harpsichord Way
Henderson, NV 89012

Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201
cmoser@qslwm.com

Keith W. Harvey
THE HARVEY LAW FIRM, P.C.
6510 Abrams Road, Ste. 280
Dallas, TX 75231
harvey@keithharveylaw.com

Dan Chern
The Law Offices of Dan Chern
12801 N. Central Expressway, Suite 1558
Dallas, Texas 75243
dbc@dchern.com

Daniel P. Winikka
12377 Merit Drive, Ste. 900
Dallas, TX 75251
danw@LFDSlaw.com

US Trustee
Office of the US Trustee
110 N. College Ave, #300
Tyler, TX 75702
USTPRegion06.TY.ECF@USDOJ.GOV

*/s/ Blake Hamm*
Blake Hamm

I:\Client\SEAJ1001-Searcy-Payson\Adversary Proceedings\18-04074 3 Well LP-GP\9019 Motion\9019b Motion 3 Well LP.docx

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 17-40179<br>Eastern District of Texas<br>Sherman<br>Mon Oct  8 15:46:18 CDT 2018 | ACME Energy Company, LLC<br>1795 E. 71st Street<br>Tulsa, OK 74136-5108 | Aki Miyasaki<br>1415 W. Rascher Ave.<br>Chicago IL 60640-1205 |
| Alan Careddu<br>32 Lasky Rd.<br>Beacon Falls CT 06403-1242 | Albert and Audrey Carse<br>7000 Brier Hill Court<br>Fort Worth TX 76132-7111 | Alfred and Barbara Austin<br>15320 Fulton St.<br>Brighton CO 80602-5639 |
| Allen and Marcia Rastede<br>211 S. Grove St.<br>Allen NE 68710-5145 | Alma Foster<br>5316 Northcrest Rd.<br>Ft. Worth TX 76107-3217 | Alvin and Jerry Ann McCool<br>1033 Creek Hollow Lane<br>Fort Worth TX 76131-3816 |
| Amy Hutchison<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 | Anne Patterson<br>3725 Wakeforest<br>Houston TX 77098-5511 | April Markovics<br>1620 N. Peters Lane<br>Stratford CT 06614-1088 |
| Arnold Block<br>Blockster Investments Ltd.<br>2317 Clearview Ct.<br>Lewisville TX 75057-2108 | Audrey Schwarzbein<br>31331 S. Coast Hwy.<br>Laguna Beach CA 92651-6989 | B. E. Tuttle<br>Aquarius 2000, LLC<br>105 Front Street<br>Beaufort NC 28516-2120 |
| Barbara Jacquin<br>205 Pipecreek Lane<br>Georgetown TX 78633-5444 | Barry Brodbeck<br>1891 County Rd. B<br>Platteville WI 53818-9501 | Beckie Harkins<br>6924 Chancery Lane<br>Williamsburg VA 23188-7567 |
| Berkley Badger<br>324 Westgate Rd.<br>Tarpon Springs FL 34688-7402 | Bernita Webster<br>2342 S. Laurel Ave.<br>Springfield MO 65807-8103 | Betty and Harold Ackerman<br>Linda Walsh<br>9301 Neptune Drive<br>Mechanicsville VA 23116-2819 |
| Betty and Joseph Brown<br>1648 Browns Lane<br>Hayes VA 23072-3904 | Blake Rodgers<br>12454 Rendon Rd.<br>Burleson TX 76028-3014 | Bobby Smith<br>3211 State Route 14<br>West Plains MO 65775-7469 |
| Bobby Yates<br>1901 W. Loop 289, Ste 11<br>Lubbock TX 79407-1725 | Bobby and Terri Bowland<br>1220 Vera Lane<br>Kennedale TX 76060-6002 | Bradley Kubik<br>5639 Glen Oaks Pt.<br>West Des Moines IA 50266-6628 |
| Brandon Chen<br>3172 Village Green Dr.<br>Aurora, IL 60504-7258 | Brenda Henderson<br>4244 Summersweet Lane<br>Crowley TX 76036-8906 | Brian Cepetelli<br>83 Ashwood Terrace<br>Stratford CT 06614-1101 |

Brian Fraus
4625 E State Highway 29
Bertram, TX 78605-4229

Bryan Buzbee
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Carl Brumley
4801 Washburn Ave.
Fort Worth TX 76107-3734

Cehuan Wang
5567 Gamay Way
San Diego CA 92130-5704

Charles Barry
33 Collins Street,
Worcester MA 01606-1421

Charles Cobb
Financial West Group
1022 Court Street
Lynchburg VA 24504-4502

Charles and Katherine Terry
8903 Madewood Ct.
Granbury TX 76049-4013

Charles and Sharon Henslee
4481 CR 1217
Cleburne TX 76033-8017

Cheryl Ogrodnik
6466 Watercrest Way, 301
Lakewood Ranch FL 34202-5238

Chris Lahiji
1408 Grant St.
Santa Monica CA 90405-1614

Christopher Friscia
4312 Hazy Meadow Lane
Grapevine TX 76051-5717

Christopher Kennon
2147 Inman
Nixa MO 65714-7049

Christopher Rooker
3728 Summercrest Dr
Fort Worth TX 76109-3301

Christopher Tasso
Anne Ciola-Tasso
148 Miller Rd.
Bethany CT 06524-3243

Claire Macfarland
1310 Hackberry Ln.
Winnetka IL 60093-1608

Clint Fowler
CFI Ventures, LP
127 Blush Hill Drive
Conroe TX 77304-1165

Eboney Cobb
Perdue Brandon Fielder Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010-7457

Crystal LeClercq
1412 Sandalwood Dr.
Murphys CA 95247-9460

Cynthia Woods
1412 Blue Quail Run
Crowley TX 76036-5778

Dana Markovics
220 Oronoque Rd.
Milford CT 06461-1831

Daniel Smeester
545 El Capitan Rd.
Danville CA 94526-4943

David Bartczak
4519 Ringrose Drive
Missouri City TX 77459-2918

David Stewart
4520 S. Harvard
Springfield MO 65804-6711

David Vednor
9861 Leatrice Dr.
Villa Park CA 92861-1315

David Zawisha
4009 Congress St.
Fairfield CT 06824-2040

David and Deborah Allnutt
8651 Canyon Crossing
Lantana TX 76226-5534

David and Lora Lyons
2121 Pinwood Circle
Arlington TX 76001-5652

David and Shirley Nolsheim
399 150th Ave, Apt 315C
Madeira Beach, FL 33708-2097

Deborah Hayden
4520 Cheval Blvd.
Lutz FL 33558-5331

Dennis Opitz
3949 Stonehenge Rd.
Fort Worth TX 76109-3415

Derik Einer Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Don Huntley
4804 N. Arcade Ave.
Fresno CA 93704-3013

Donald Calvello
14511 Charmeran Ave.
San Jose CA 95124-3566

Donald Chisholm
400 Lake Ave. NE Apt. C304
Largo FL 33771-1684

Donald DiFiore
2149 S. Kenton
Aurora CO 80014-1064

Donald Propst
6709 Yolanda
Fort Worth TX 76112-4129

Donald and Debra Woods
12 Foliate Way
Ladera Ranch CA 92694-1218

Douglas Hillenbrand
2102 Glenview Ln. NE
Rochester MN 55906-8398

Edward and Mary Lozito
9295 N. Star Dr.
Mechanicsville VA 23116-2821

Edwin Hardey
5670 Jasper Pointe Cir.
Castle Pines CO 80108-9151

Einer Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Elizabeth Williams
2374 Rosendale Village Ave.
Henderson NV 89052-8733

Elton Stone
2009 Oak Grove Rd. E
Burleson TX 76028-6997

Elwanda Santiago
137 Buchanan Court
Aledo TX 76008-3803

Eric Eaton
655 Appaloosa Rd.
Tarpon Springs FL 34688-9066

Ernest Morgan
28 Pocono Rd.
Newtown CT 06470-1248

Eve Dixon
PO Box 1510
Fort Worth TX 76101-1510

Fen V. Lee
104 Shore Dr.
Schaumburg IL 60193-4145

Francis M. Highly, Jr.
6390 Dwane Ave.
San Diego, CA 92120-3845

Frank Highly
6390 Dwane Ave.
San Diego CA 92120-3845

Garrett Flynt
Flynt Family Inc.
9944 Delamere Dr.
Fort Worth TX 76244-8536

Gary Amerson
5502 Challenger Ct.
Rockwall TX 75032-8464

Gary Baird, Jr
H. Gary Baird, Jr.
4269 Shorecrest Dr.
Dallas TX 75209-1721

Gary Donner
908 Main Street
Wayne NE 68787

Gary W. Crews
ACME Energy Company, LLC
1795 E. 71st St.
Tulsa OK 74136-5108

Gary Weiner
998 Emerald Bay
Laguna Beach CA 92651-1230

George Faris, III
6650 Trinity Heights Blvd
Ft. Worth TX 76132-3578

George Lee Weaver
11225 Northview Dr.
Aledo TX 76008-5206

George Phelps
1200 Crescent Dr.
Wayne NE 68787-1004

Gerald Meyr
33017 48th Ave. SW
Federal Way WA 98023-3311

```
Germaine Clarkson                  Glen Markovics                    Glendal R. Dow
1842 Cottage Dr.                   42 Parkway Terrace                1320 Hardisty
Greeneville TN 37745-4388          Milford CT 06461-1929             Bedford TX 76021-6522



Glenn Jason Salsbury               Gordon and Sylvia Quan            Grace and Edward Chu
301 Larkspur Ave.                  2 W. Terrace Dr.                  3528 Scottsdale Circle
Corona Del Mar CA 92625-3041       Houston TX 77007-7039             Naperville IL 60564-4628



Grayson County                     H.W. and Jill Ranelle             James Blake Hamm
Linebarger Goggan Blair & Sampson, LLP   4917 Arbol Ct.              Snow Spence Green LLP
c/o Laurie A. Spindler             Fort Worth TX 76126-1847          2929 Allen Parkway, Suite 2800
2777 N. Stemmons Frwy                                                Houston, TX 77019-7125
Suite 1000
Dallas, TX 75207-2328

Hang Yuan and Yingzi Song          Harry and Shari Duty              Keith William Harvey
3227 N. Carriage Way               424 Burton St.                    The Harvey Law Firm, P.C.
Arlington Heights IL 60004-1503    Henderson NV 89015-7321           6510 Abrams Road
                                                                     Suite 280
                                                                     Dallas, TX 75231-7215


He Yuan                            Heidi Beh                         Helen Hale
He Yuan and Ning Li                2808 Canto Nubiado                51 Lafayette Avenue
95177 Madison St.                  San Clemente CA 92673-6420        Annapolis MD 21401-2833
Burr Ridge IL 60527



Herbert and Joan Sobel             Howard Saretsky                   Howard and Karen Agster
3311 Tack House Rd.                233 Voltz Rd.                     5402 E. Glide Slope Ct.
Trent Woods NC 28562-6646          Northbrook IL 60062-4821          Granbury TX 76049-4481
Honey Duncan
136 Palm Circle
Atlantis FL 33462-6627

Hua Shang                          Inn Lee                           Jacalyn Goodrich
77 Dunmore                         104 Shore Dr.                     580 Miller Hodge Rd.
Irvine CA 92620-3693               Schaumburg IL 60193-4145          Inman SC 29349-8058



Jack Grumbles                      Jack Long                         James Burgess
204 Westfork Dt.                   2536 Highridge Drive              JNJM, LLC
Fort Worth TX 76114-4364           Chino Hills CA 91709-4890         7203 Lake Mead Blvd.
                                                                     Arlington TX 76016-4137



James Carroll                      James Krause                      James Linden
2505 Ridgemoor Ct.                 500 W. 13th Street                500 River Road
Arlington TX 76016-1434            Fort Worth TX 76102-4657          Unit 13
                                                                     Shelton, CT 06484-4594



James Rosemeyer                    James and Gerlinde Stevens        Jan Cheng and Ximing Yang
Bayley Investments, LLC            1609 Browns Lane                  6912 Fieldstone Dr.
662 E. Business Hwy 151            Hayes VA 23072-3904               Burr Ridge IL 60527-6968
Platteville WI 53818-3761
```

| | | |
|---|---|---|
| Janis Bridges<br>2817 Fossil Run Blvd<br>Fort Worth TX 76131-2010 | Janys Schroeder<br>39356 260th St.<br>Kingsley IA 51028-8634 | Jared Meisel<br>5423 Winsland Lane<br>Charlotte NC 28277-0527 |
| Jason R. Searcy, Ch. 11 Trustee in Jointly A<br>c/o Blake Hamm - Snow Spence Green LLP<br>2929 Allen Pkwy., Ste. 2800<br>Houston, TX 77019-7125 | Jason Searcy, Trustee<br>c/o Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 | Jay Pond<br>2729 Antero Dr.<br>Arlington TX 76006-3707 |
| Jeff Wilshire<br>4001 Kenosha Rd.<br>Plano TX 75024-7075 | Jeffrey Carter<br>2300 Bradwood Court<br>Arlington TX 76011-2241 | Jeffrey Cohen<br>24041 Swallowtail Drive<br>Laguna Niguel CA 92677-1368 |
| Jeffrey Meyer<br>7930 S. Jasmine Circle<br>Centennial CO 80112-3050 | Jeffrey T. Richard<br>4220 Bluff Point Court<br>Hazel Green, WI 53811-9360 | Jeffrey and Linda Richard<br>MidAmerica Financial Svcs, Inc.<br>35-B S. Court<br>PO Box 418<br>Platteville WI 53818-0418 |
| Jeremy Rauhauser<br>4412 Canter Way<br>Flower Mound TX 75028-8755 | Jeremy Szeto<br>24 Dupont Circle<br>Sugar Land TX 77479-2521 | Jerry and Joan Radcliff<br>5595 Thatch Cir.<br>Prescott AZ 86305-3824 |
| Jerry and Linda Hays<br>687 Cardinal Ridge Rd.<br>Burleson TX 76028-6206 | Jia Liu and Richard Z. Lu<br>120 S. Fiore Pkwy<br>Vernon Hills IL 60061-3270 | Jiangnan and Mary Chen<br>1 Newbury Ct.<br>Hawthorne Woods IL 60047-9144 |
| Jimmy and Linda Walker<br>P.O. Box 931<br>Stephenville TX 76401-0009 | Jiuzhou Wang and Meimei Xu<br>24 Butterfield Road<br>Lexington MA 02420-2585 | Jocelyn Carter<br>2175 Funston Ave.<br>San Francisco CA 94116-1904 |
| Joel Dow<br>8816 Calera Dr.<br>Austin TX 78735-1572 | Joel F. Woods<br>1412 Blue Quail Run<br>Crowley TX 76036-5778 | Joey and Ida Smith<br>3622 County Road 4660<br>Pomona MO 65789-9424 |
| Joey and Linda Jo Turner<br>7309 N. Norman Rd.<br>Warr Acres OK 73132-5723 | John Crowther<br>221 Hidden Acres Lane<br>Weatherford TX 76087-8643 | John Diaz<br>5648 N. McVicker Ave<br>Chicago IL 60646-6103 |
| John Gong<br>20603 W. Lakeridge Ct.<br>Kildeer IL 60047-8315 | John Heckler<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 | John Johnson<br>6154 Haley Lane<br>Ft. Worth TX 76132-3875 |

| | | |
|---|---|---|
| John McElroy<br>109 SE Rambling Trail<br>Weatherford TX 76087-7631 | John Miyasaki<br>1415 W. Rascher Ave.<br>Chicago IL 60640-1205 | John Pollick<br>2336 Fir St.<br>Glenview IL 60025-2704 |
| John and Christy Fonvielle<br>Tenants in Common<br>212 Casa Blanca Cir<br>Ft. Worth TX 76107-1804 | John and Felicia King<br>976 Ekman Dr.<br>Batavia IL 60510-8940 | Jonathan Alex Perkins<br>646 North Armstead St.<br>Alexandria VA 22312-2928 |
| Joseph Bolin<br>3830 Rice Blvd.<br>Houston TX 77005-2826 | Joseph Little<br>18646 Halff Bend Dr.<br>Cypress TX 77433-5090 | Joseph and Arlene Seminoro<br>25 Washington Street<br>Trumbull CT 06611-4668 |
| Joseph and Carol Arpino<br>104 Lavery Lane<br>Milford CT 06461-1624 | Joseph and Caroline Schmitz<br>4565 Pressley Rd<br>Santa Rosa CA 95404-8866 | Judith Watkins<br>3004 Steeplechase Trail<br>Arlington TX 76016-2317 |
| Jun Zhou<br>748 Sigmund Rd.<br>Naperville IL 60563-1338 | Kathy Adams<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 | Kazu Miyasaki<br>1415 W. Rascher Ave.<br>Chicago IL 60640-1205 |
| Kazuo and Rosalyn Nanya<br>432 40th Ave.<br>San Francisco CA 94121-1510 | Keith Jackson<br>Riverstone Resources, Ltd.<br>2591 Dallas Parkway, Suite 300<br>Frisco TX 75034-8563 | Kelly Sanders<br>Hupakoe, LLC<br>3602 Vista Chase Ct.<br>Arlington TX 76001-6963 |
| Kelly Sanders<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 | Kening Ma<br>3236 Pepper Tree Point<br>Chino Hills CA 91709-1504 | Kenneth Aldrich<br>YKA Partners, LLC<br>3200 Airport Ave., Suite 16<br>Santa Monica CA 90405-6116 |
| Kenneth Cheung<br>3902 Coulter Ct<br>Arlington TX 76016-3816 | Kenneth and Patricia Lowe<br>1504 Dolorosa Ct.<br>The Villages FL 32159-9111 | Kenneth and Terryalin Chapman<br>6447 S. Indianapolis Place<br>Tulsa OK 74136-1422 |
| Kenneth and Tommie Dougan<br>1914 Briarwood Dr<br>Grand Prairie TX 75050-2216 | Kevin and Anne Marie Peterson<br>305 Martins Cove Rd.<br>Annapolis MD 21409-5952 | Kevin and Denise Potempa<br>KAPAA, LLC<br>Wailua LLC<br>P.O. Box 5156<br>Scottsdale AZ 85261-5156 |
| Kimberly Fuller<br>PI Resources, LLC<br>5455 Honeysuckle Rd.<br>Midlothian TX 76065-7006 | Krystle Lindholm<br>333 Via Lido Nord<br>Newport Beach CA 92663-4649 | Kurt Erickson<br>4848 E. Milton Dr.<br>Cave Creek AZ 85331-5965 |

Laddie Zimmet
5101 FM 1187
Burleson TX 76028-3053

Lance Barlow
Barlow Investments
2727 E. Kirby DR, 9E
Houston TX 77098-1149

Lanning Macfarland
1310 Hackberry Ln.
Winnetka IL 60093-1608

Lawrence and Theodora Esposito
155 Rimmon Rd
North Haven CT 06473-2873

Lee Eggers
TMICO Lee G. Eggers
490 Camp St.
Platteville WI 53818-1707

Lei Yan
1505 Clarkson Ct.
Naperville IL 60565-1733

Leland Phillips
3709 Tumbling Trail Ct.
Fort Worth TX 76116-9328

Lewis Graham
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Lihong Huang and Xiaoli Zhang
26597 N. Kenwood Ct.
Mundelein IL 60060-3540

Liping Zhong
426 E. Sunnyside Ave.
Libertyville IL 60048-2937

Loewinsohn Flegle Deary Simon, LLP
c/o Daniel P. Winikka
12377 Merit Drive, Suite 900
Dallas,TX 75251-3102

Lucile Sims Wise
3600 Wosley Dr.
Fort Worth TX 76133-2137

Luis Gonzalez
2701 N. Grapevine Mills Blvd. 728
Grapevine TX 76051-2060

Lynne Bentsen
Barlow Investment Ltd.
2727 Kirby Dr. 9E
Houston TX 77098-1149

Malcolm V. Vye IRA
145 N. Sheridan
Winnetka IL 60093-4223

Marc Henn
Harvest Financial Advisors, LLC
440 Glendale Ave.
Cincinnati OH 45246-3815

Margaret McElroy
109 SE Rambling Trail
Burleson TX 76087-7631

Margaret Ng and Ross Chan
6112 Ascot Drive
Oakland CA 94611-2527

Margaret and David Grubbs
205 Kenmore Ave.
Elmhurst IL 60126-3517

Margarett Propst
6709 Yolanda Dr.
Fort Worth TX 76112-4129

Marisa Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Mark Modlin
4005 Kenosha Rd.
Plano TX 75024-7075

Mark and Romalyn Trewitt
4017 Messina Drive
Plano TX 75093-7038

Marlow and Rebecca Williams
197 Golden Crown Ave.
Henderson NV 89002-9267

Marty Prinz
Blind Canyon
1780 N. Kimball Avenue
Southlake TX 76092-4002

Marvin and Mary Van Hal
280 East Bob Jones Rd.
Southlake TX 76092-9275

Mary A. Gardecki
68 Auburn St.
Stratford CT 06614-3701

Mary Ann Swift
200 N. Matteson Ave
Republic MO 65738-1675

Mary Jane Pompa
21 Basking Ridge Rd.
Shelton CT 06484-3897

Mary Louise and Albert Edwards
778 Old Stratfield Rd.
Fairfield CT 06825-7427

Mary Russell
3111 Kelly Rd
Aledo TX 76008-4882

Meiyu Chen
913 Ashford Lane
Westmont IL 60559-2656

Michael Kudlik
4760 Highland Drive Suite 245
Holladay Utah 84117-5149

Michael Kusheba
235 Deerfield Dr
Stratford CT 06614-2767

Michael Mitchell
300 Landwyck Ln.
Flower Mound TX 75028-7144

Michael Musaraca
2414 Blue Spruce Ct.
Aurora IL 60502-6420

Michael Niemann
Julie Wakeman
14105 W. 72nd St.
Shawnee KS 66216-5520

Michael Pettis
Pettis Oil and Gas, LLC
3140 Brookhollow Ct.
Prosper TX 75078-0529

Michael Ranelle
4220 Harlanwood
Fort Worth TX 76109-2045

Michael Sobel
3311 Tack House Rd.
Trent Woods NC 28562-6646

Michael Yates
22292 Regnart Rd.
Cupertino CA 95014-4845

Michael and Pamela Spitzer
2010 Roma Ave.
Fruita CO 81521-8616

Mike Wang
390 Foothill Ave.
Sierra Madre CA 91024-1518

Molly Bayer
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Mona Fields
2006 Underwood Rd
Aledo TX 76008-2447

Monica Markovics
37 Parkway Terrace
Milford CT 06461-1930

Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

Natalia Ryndin
28832 Sean Dr.
Laguna Niguel CA 92677-4661

Nathan Sanders
BESCO Family Investments, LLC
3309 Mansfield Hwy.
Fort Worth TX 76119-6025

Neil Agrawal
2962 E. 45th Place
Tulsa OK 74105-5204

Noel and Sandra Markovics
42 Parkway Terrace
Milford CT 06461-1929

Noral and Juanita Gregory
2881 Oakbriar Trail
Fort Worth TX 76109-5556

Oklahoma City OK 73156
Julie Wakeman
14105 W. 72nd St.
Shawnee KS 66216-5520

Om and Veena Agrawal
209 Kenshire Dr.
Benbrook TX 76126-4113

Pamela Smith
481 Pecan
Burleson TX 76028-6309

Payson Petroleum 3 Well, L.P.
2652 FM 407 E, Ste. 250
Bartonville, TX 76226-7026

Peili Wu
3108 Regal Dr.
Arlington TX 76016-2028

Peter Backes
9448 Quail Ridge Dr.
Las Vegas NV 89134-8938

Peter and Monika Wettenstein
5325 E. Kathleen Rd.
Scottsdale AZ 85254-1758

Philip Zou
1065 Sanctuary Ct.
Vernon Hills IL 60061-3608

```
Philip and Anita Strand              Pottsboro ISD                               Pottsboro ISD
1911 Nelson Ct.                      % Perdue Brandon Fielder Et Al              c/o Perdue Brandon Fielder et al
DeSoto TX 75115-2142                 500 E. Border Street                        500 East Border Street, Suite 640
                                     Suite 640                                   Arlington, TX 76010-7457
                                     Arlington, TX 76010-7457


Prem Kumar                           Quilling, Selander, Lownds, Winslett & Moser    Randall McKenna
Wildflower LLC                       2001 Bryan Street, Suite 1800                   North Central Texas Holding and
817 E. San Angelo Ave.               Dallas, TX 75201-3070                           Investments, Inc.
Gilbert AZ 85234-3513                                                                400 King Ranch Rd.
                                                                                     Southlake TX 76092-2026


Randall Swift                        Randy Lew                                   Ravindra and Kum Prakash
200 N. Matteson Ave                  4647 Sidonia Ct.                            1170 Alderbrook Lane
Republic MO 65738-1675               Ft. Worth TX 76126-1920                     San Jose CA 95129-2956


Raymond and Janet Smith              Rebecca Lowe                                Reinhardt and Merlee Lange
623 E. River Quarry Court            643 SW T Highway                            136 Benedict Ave.
Eagle ID 83616-6351                  Holden MO 64040-8107                        Fairfield CT 06825-1705


Renjie Fu                            Richard Graham                              Richard Sobel
405 E. 58th St.                      31331 S. Coast Hwy.                         7410 Center Bay Dr.
Westmont IL 60559-3368               Laguna Beach CA 92651-6989                  North Bay Village FL 33141-4014


Richard and Sue Rector               Rick Gardner                                Rickey and Wendy Kelman
5813 Wales Avenue                    420 Aspen Street                            3120 E. Puget Ave.
Fort Worth TX 76133-2711             Prescott AZ 86303-4004                      Phoenix AZ 85028-5329


Robert Mendonsa                      Robert Watkins                              Robert and Carole Orsillo
4507 Meadow Hill                     3004 Steeplechase Trail                     60 Brierwood Drive
McKinney TX 75070-4613               Arlington TX 76016-2317                     Watertown CT 06795-2016


Robert and Marianne Laska            Robert and Peggy Yacobi                     Rocky and Anna Howington
73 Centennial Dr.                    6 Chanteraine Close                         1 Saint Louis Lane
Milford CT 06461-1662                Williamsburg VA 23185-8604                  Pleasant Hill CA 94523-1139


Roger Damron                         Roland Lentz                                Romalyn Trewitt
PO Box 21729                         1521 Vintage Hill Dr                        4017 Messina Drive
Chattanooga TN 37424-0729            Wayne NE 68787-1236                         Plano TX 75093-7038


Ron Franco                           Ronald Barfield                             Ronald Guichard
Bluepack LLC                         700 W. Harwood, Suite A                     2937 N. Talman Ave
P.O. Box 5287                        Hurst TX 76054-3391                         Chicago IL 60618-7814
Culver City CA 90231-5287
```

| | | |
|---|---|---|
| Ronald Oberle<br>30525 Fort Apache Drive<br>Congress AZ 85332 | Ronald and Cheryl Waggoner<br>834 Doubletree Lane<br>Springfield MO 65810-3261 | Ronald and Libbie Adams<br>115 Ravenhill Dr.<br>Highlandville MO 65669-8227 |
| Rose Marie Klein<br>1389 Calle de las Granvas<br>Livermore CA 94551-2595 | Roy Williams<br>190 Mt. Pleasant Ave.<br>Stratford CT 06614-3420 | Roy and Carol Ray<br>2000 Underwood Rd.<br>Aledo TX 76008-2447 |
| Rudolph Perry<br>48 E. Bison Circle<br>Florissant CO 80816-7157 | Russell Karr<br>8108 Modena Dr<br>Fort Worth TX 76126-6113 | Ryan Grossman<br>207 Mt. Oak Pl.<br>Annapolis MD 21409-5868 |
| Sandra Markovics<br>42 Parkway Terrace<br>Milford CT 06461-1929 | Sara Ng<br>218 Wood Glen Lane<br>Oak Brook IL 60523-1533 | Jason R Searcy<br>PO Box 3929<br>Longview, TX 75606-3929 |
| Jason R. Searcy<br>Trustee of Payson Petroleum, Inc.<br>PO Box 3929<br>Longview, TX 75606-3929 | Joshua P. Searcy<br>Searcy & Searcy, P.C.<br>PO Box 3929<br>Longview, TX 75606-3929 | Shannon Kmak<br>4005 Kenosha Rd.<br>Plano TX 75024-7075 |
| Sharlene Sims Horak<br>4436 Overton Terrace<br>Fort Worth TX 76109-2517 | Sharolyn Richardson<br>8003 Turkey Trail<br>Benbrook TX 76126-6101 | Shawn Miller<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 |
| Shirley Nolsheim<br>399 150th Ave, Apt 315C<br>Madeira Beach, FL 33708-2097 | Shrimant and Susy Ayaram<br>222 Glen Ridge Dr.<br>Murphy TX 75094-4205 | Shu and Lisa Chen<br>5844 Golden Eye Dr.<br>Long Grove IL 60047-5048 |
| Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Stephen Brown<br>8601 Westown Parkway 6108<br>West Des Moines IA 50266-1632 | Steven O'Leary<br>Helen M. Hale - Principle<br>73 Conduit St.<br>Annapolis MD 21401-2601 |
| Steven and Carolyn Wiesenfeld<br>66 Chester Rd.<br>Easton CT 06612-1806 | Sue Chappell<br>5071 S. Burrows Ave.<br>Springfield MO 65810-2054 | Sunil Agrawal<br>4323 S. Quincy Place<br>Tulsa OK 74105-4135 |
| Suresh and Malini Kumar<br>5210 Pine Forest Rd.<br>Houston TX 77056-1313 | Taher Sobhy<br>41 W. Mallard Lane<br>Lakeforest IL 60045-2902 | Tami Rodgers<br>3309 Wild Oaks Ct<br>Burleson TX 76028-2333 |

| | | |
|---|---|---|
| Tammy McKain<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 | Tapan and Anisa Daftari<br>6595 Old Riverside Dr.<br>Altanta GA 30328-2744 | Tarry Danmer<br>2400 SW Wintercreek Ct.<br>Lee's Summit MO 64081-4085 |
| Terry Scharig<br>Payson Petroleum<br>34601 E. Shore Rd.<br>Lone Jack MO 64070-9169 | Theodora Esposito<br>155 Rimmon Rd<br>North Haven CT 06473-2873 | Theodore Lung<br>1839 E 2453rd Lane<br>Camp Point IL 62320-2129 |
| Thomas Clayton<br>26770 Sale Barn Ln<br>Belmont WI 53510-9725 | Thomas Hayes<br>5115 N. Dysart Road, 202-217<br>Litchfield Park AZ 85340-3032 | Thomas Hoppe<br>11051 Dormie Drive<br>San Antonio FL 33576-7048 |
| Thomas and Lois Partridge<br>199 CR 1747<br>Clifton TX 76634-3990 | Timothy Carman<br>2215 River Ridge Rd.<br>Arlington TX 76017-2631 | Timothy Cypert<br>703 Jackson St.<br>Rockwall TX 75087-2212 |
| Timothy Moore<br>313 Stonebridge Dr.<br>Rockwall TX 75087-3434 | Timothy and Stacey Gibson<br>145 Links Lane<br>Aledo TX 76008-6917 | Todd Stephens<br>230 Miramar Way<br>West Palm Beach FL 33405-4712 |
| Todd and Melanie Gregory<br>600 W. Republic Road<br>Suite A116<br>Springfield MO 65807-5805 | Tom Hinshaw<br>HRC Roofing<br>2845 Roadway Drive<br>Columbus IN 47201-7465 | Toussaint Smith<br>2315 Legend Woods Ct.<br>Sugar Land TX 77479-5474 |
| Tracy G. Ward<br>2313 S. Toledo Ave.<br>Tulsa OK 74114-3622 | Travis Petree<br>2951 Rainbow Drive<br>Mason City IA 50401-8931 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Van and Mary Butler<br>62 Cypress Ct.<br>Durango CO 81301-3782 | Virginia Humphrey<br>National Financial Services, LLC<br>340 S. Lemon Ave. 8337<br>Walnut CA 91789-2706 |
| Virginia Rhodes<br>7570 E. Manley Dr.<br>Prescott Valley AZ 86314-5166 | Warren and Fay Bush<br>PO Box 80140<br>Keller TX 76244-2902 | Wendy Yang and Li Liu<br>Delftechpark 26, 2628<br>XH Delft, Netherlands |
| Wenzhong and Dana An<br>29602 N. Birch Ave.<br>Lake Bluff IL 60044-1176 | William Cozad<br>10401 W. Charleston Blvd., V6<br>Las Vegas NV 89135-8706 | William Dax Symonds<br>3170 Westcliff Rd. West<br>Fort Worth TX 76109-2128 |

| | | |
|---|---|---|
| William Kloster<br>112 Tres Vista Court<br>Cresson TX 76035-5838 | William Martin<br>3708 Brookfield<br>Plano TX 75025-3780 | William Ralph Westbrook<br>338 Park Brook Dr.<br>Dallas TX 75218-1152 |
| William and Deborah Hayden<br>4520 Cheval Blvd.<br>Lutz FL 33558-5331 | William and Joann Whelpley<br>308 Martel Ct.<br>Coppell TX 75019-7583 | Daniel P. Winikka<br>Loewinsohn Flegle Deary Simon, LLP<br>12377 Merit Drive<br>Suite 900<br>Dallas, TX 75251-3102 |
| Woodrow and Jo Ann Wilson<br>59250 E. 190 Rd<br>Fairland OK 74343-1753 | Yang Zhao and Hong Yang<br>31 E. 59th St.<br>Westmont IL 60559-2501 | Yanhua Shi<br>447 Lynn Ct.<br>Clarendon Hills IL 60514-1000 |
| Ying Qi<br>2220 Joyce Lane<br>Naperville IL 60564-4404 | Ying and Siwen Qu<br>1725 Holly Ct.<br>Long Grove IL 60047-5139 | Yulduz Cohen<br>28264 Via Marcus<br>Laguna Niguel CA 92677-7527 |
| Zhong Wu<br>3880 Tahoe St.<br>West Sacramento CA 95691-5452 | Zhongwen Huang<br>Huifang Liang<br>3915 Snowbird Lane<br>Northbrook IL 60062<br>ZiJun Zhao<br>Kraehenbruch 60062-4269 | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (d)Grayson County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | (u)HongMei Han<br>Kraehenbruch 4<br>Dortmund  44227 | (u)Judy Fulton<br>Seven Wells Royalty, LLC<br>P.O. Box 21866 |
| (u)Loewinsohn Flegle Deary Simon, LLP | (d)Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3070 | (d)Jason R. Searcy<br>P. O. Box 3929<br>Longview, TX 75606-3929 |

End of Label Matrix
Mailable recipients    343
Bypassed recipients      6
Total                  349