**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAYSON PETROLEUM 3 WELL, LP, | § | Case No. 17-40179 |
| | § | Chapter 7 |
| DEBTOR. | § | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSIES PURSUANT TO FED. R. BANKR. P. 9019(b)**

Upon consideration of the Motion of Jason R. Searcy, chapter 11 Trustee for the bankruptcy estate of Payson Petroleum, Inc. (the "Trustee"), for Authority to Compromise Controversies Pursuant to Federal Rule of Bankruptcy Procedure 9019(b) (the "Motion"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue in this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest, and this Court having found that notice of the Motion and opportunity for hearing on the Motion were appropriate and no other notice need be provided; and this Court having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and the Court having determined that the legal and factual basis set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

1

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to settle claims against the defendants in Adversary Proceeding No. 18-04074 and to dismiss claims against the defendants under Federal Rule of Civil Procedure 41(a)(1), made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, without further notice, hearing, or order of the Court.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Signed on _____, 2018

_____
HONORABLE BRENDA T. RHOADES.
UNITED STATES BANKRUPTCY JUDGE

**SUBMITTED BY:**

**SNOW SPENCE GREEN LLP**

By: */s/ Blake Hamm*
Blake Hamm, SBN 24069869
blakehamm@snowspencelaw.com
Aaron Guerrero, SBN 24050698
aaronguerrero@snowspencelaw.com
Bryan Prentice, SBN 24099787
bryanprentice@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
(713) 335-4800
(713) 335-4848 (Fax)

*Attorneys for Jason R. Searcy,*
*Trustee for Payson Petroleum, Inc.*