**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAYSON PETROLEUM 3 WELL, LP, | § | Case No. 17-40179 |
| | § | Chapter 7 |
| DEBTOR. | § | |

**NOTICE OF HEARING**
**[Relates to Docket No. 81]**

PLEASE TAKE NOTICE that a hearing on Jason R. Searcy, chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Payson Petroleum, Inc.'s *Motion for Authority to Compromise Controversies Pursuant to Fed. R. Bankr. P. 9019(b)* [docket no. 81] is to be held on **October 23, 2018 at 9:30 a.m.** in the Courtroom of the United States Bankruptcy Court, Suite 300B, 660 North Central Expressway, Plano, Texas 75074.

Respectfully submitted,

**SNOW SPENCE GREEN LLP**

By: */s/ Blake Hamm*
    Blake Hamm, SBN 24069869
    blakehamm@snowspencelaw.com
    Aaron Guerrero, SBN 24050698
    aaronguerrero@snowspencelaw.com
    Bryan Prentice, SBN 24099787
    bryanprentice@snowspencelaw.com
    2929 Allen Parkway, Suite 2800
    Houston, Texas 77019
    (713) 335-4800
    (713) 335-4848 (Fax)
*Attorneys for Jason R. Searcy,*
*Trustee for Payson Petroleum, Inc.*

1

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 9, 2018, a true and correct copy of this document was served (i) via the Court's electronic case filing system upon the parties listed below or by email listed below, (ii) via the Court's electronic case filing system for Eastern District of Texas upon all parties requesting electronic notice of all filings and (iii) via regular First Class Mail, properly addressed and postage prepaid, upon all parties listed on the Master Service List attached hereto.

Debtors Payson Petroleum, Inc., Payson Operating, LLC, and Maricopa Resources, LLC
Mark A. Weisbart
12770 Coil Road, Suite 541
Dallas, TX 75251
weisbartm@earthlink.net,
TX56@ecfcbis.com;mweisbart@ecf.epiqsystems.com;
tarah_simmons@earthlink.net

Debtor Payson Petroleum 3 Well, LP
1757 Harpsichord Way
Henderson, NV 89012

Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201
cmoser@qslwm.com

Keith W. Harvey
THE HARVEY LAW FIRM, P.C.
6510 Abrams Road, Ste. 280
Dallas, TX 75231
harvey@keithharveylaw.com

Dan Chern
The Law Offices of Dan Chern
12801 N. Central Expressway, Suite 1558
Dallas, Texas 75243
dbc@dchern.com

Daniel P. Winikka
12377 Merit Drive, Ste. 900
Dallas, TX 75251
danw@LFDSlaw.com

US Trustee
Office of the US Trustee
110 N. College Ave, #300
Tyler, TX 75702
USTPRegion06.TY.ECF@USDOJ.GOV

*/s/ Blake Hamm*
Blake Hamm

I:\Client\SEAJ1001-Searcy-Payson\Adversary Proceedings\18-04074 3 Well LP-GP\9019 Motion 17-40179\Notice of Hearing.docx

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 17-40179<br>Eastern District of Texas<br>Sherman<br>Mon Oct  8 15:46:18 CDT 2018 | ACME Energy Company, LLC<br>1795 E. 71st Street<br>Tulsa, OK 74136-5108 | Aki Miyasaki<br>1415 W. Rascher Ave.<br>Chicago IL 60640-1205 |
| Alan Careddu<br>32 Lasky Rd.<br>Beacon Falls CT 06403-1242 | Albert and Audrey Carse<br>7000 Brier Hill Court<br>Fort Worth TX 76132-7111 | Alfred and Barbara Austin<br>15320 Fulton St.<br>Brighton CO 80602-5639 |
| Allen and Marcia Rastede<br>211 S. Grove St.<br>Allen NE 68710-5145 | Alma Foster<br>5316 Northcrest Rd.<br>Ft. Worth TX 76107-3217 | Alvin and Jerry Ann McCool<br>1033 Creek Hollow Lane<br>Fort Worth TX 76131-3816 |
| Amy Hutchison<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 | Anne Patterson<br>3725 Wakeforest<br>Houston TX 77098-5511 | April Markovics<br>1620 N. Peters Lane<br>Stratford CT 06614-1088 |
| Arnold Block<br>Blockster Investments Ltd.<br>2317 Clearview Ct.<br>Lewisville TX 75057-2108 | Audrey Schwarzbein<br>31331 S. Coast Hwy.<br>Laguna Beach CA 92651-6989 | B. E. Tuttle<br>Aquarius 2000, LLC<br>105 Front Street<br>Beaufort NC 28516-2120 |
| Barbara Jacquin<br>205 Pipecreek Lane<br>Georgetown TX 78633-5444 | Barry Brodbeck<br>1891 County Rd. B<br>Platteville WI 53818-9501 | Beckie Harkins<br>6924 Chancery Lane<br>Williamsburg VA 23188-7567 |
| Berkley Badger<br>324 Westgate Rd.<br>Tarpon Springs FL 34688-7402 | Bernita Webster<br>2342 S. Laurel Ave.<br>Springfield MO 65807-8103 | Betty and Harold Ackerman<br>Linda Walsh<br>9301 Neptune Drive<br>Mechanicsville VA 23116-2819 |
| Betty and Joseph Brown<br>1648 Browns Lane<br>Hayes VA 23072-3904 | Blake Rodgers<br>12454 Rendon Rd.<br>Burleson TX 76028-3014 | Bobby Smith<br>3211 State Route 14<br>West Plains MO 65775-7469 |
| Bobby Yates<br>1901 W. Loop 289, Ste 11<br>Lubbock TX 79407-1725 | Bobby and Terri Bowland<br>1220 Vera Lane<br>Kennedale TX 76060-6002 | Bradley Kubik<br>5639 Glen Oaks Pt.<br>West Des Moines IA 50266-6628 |
| Brandon Chen<br>3172 Village Green Dr.<br>Aurora, IL 60504-7258 | Brenda Henderson<br>4244 Summersweet Lane<br>Crowley TX 76036-8906 | Brian Cepetelli<br>83 Ashwood Terrace<br>Stratford CT 06614-1101 |

Brian Fraus
4625 E State Highway 29
Bertram, TX 78605-4229

Bryan Buzbee
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Carl Brumley
4801 Washburn Ave.
Fort Worth TX 76107-3734

Cehuan Wang
5567 Gamay Way
San Diego CA 92130-5704

Charles Barry
33 Collins Street,
Worcester MA 01606-1421

Charles Cobb
Financial West Group
1022 Court Street
Lynchburg VA 24504-4502

Charles and Katherine Terry
8903 Madewood Ct.
Granbury TX 76049-4013

Charles and Sharon Henslee
4481 CR 1217
Cleburne TX 76033-8017

Cheryl Ogrodnik
6466 Watercrest Way, 301
Lakewood Ranch FL 34202-5238

Chris Lahiji
1408 Grant St.
Santa Monica CA 90405-1614

Christopher Friscia
4312 Hazy Meadow Lane
Grapevine TX 76051-5717

Christopher Kennon
2147 Inman
Nixa MO 65714-7049

Christopher Rooker
3728 Summercrest Dr
Fort Worth TX 76109-3301

Christopher Tasso
Anne Ciola-Tasso
148 Miller Rd.
Bethany CT 06524-3243

Claire Macfarland
1310 Hackberry Ln.
Winnetka IL 60093-1608

Clint Fowler
CFI Ventures, LP
127 Blush Hill Drive
Conroe TX 77304-1165

Eboney Cobb
Perdue Brandon Fielder Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010-7457

Crystal LeClercq
1412 Sandalwood Dr.
Murphys CA 95247-9460

Cynthia Woods
1412 Blue Quail Run
Crowley TX 76036-5778

Dana Markovics
220 Oronoque Rd.
Milford CT 06461-1831

Daniel Smeester
545 El Capitan Rd.
Danville CA 94526-4943

David Bartczak
4519 Ringrose Drive
Missouri City TX 77459-2918

David Stewart
4520 S. Harvard
Springfield MO 65804-6711

David Vednor
9861 Leatrice Dr.
Villa Park CA 92861-1315

David Zawisha
4009 Congress St.
Fairfield CT 06824-2040

David and Deborah Allnutt
8651 Canyon Crossing
Lantana TX 76226-5534

David and Lora Lyons
2121 Pinwood Circle
Arlington TX 76001-5652

David and Shirley Nolsheim
399 150th Ave, Apt 315C
Madeira Beach, FL  33708-2097

Deborah Hayden
4520 Cheval Blvd.
Lutz FL 33558-5331

Dennis Opitz
3949 Stonehenge Rd.
Fort Worth TX 76109-3415

Derik Einer Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Don Huntley
4804 N. Arcade Ave.
Fresno CA 93704-3013

Donald Calvello
14511 Charmeran Ave.
San Jose CA 95124-3566

Donald Chisholm
400 Lake Ave. NE Apt. C304
Largo FL 33771-1684

Donald DiFiore
2149 S. Kenton
Aurora CO 80014-1064

Donald Propst
6709 Yolanda
Fort Worth TX 76112-4129

Donald and Debra Woods
12 Foliate Way
Ladera Ranch CA 92694-1218

Douglas Hillenbrand
2102 Glenview Ln. NE
Rochester MN 55906-8398

Edward and Mary Lozito
9295 N. Star Dr.
Mechanicsville VA 23116-2821

Edwin Hardey
5670 Jasper Pointe Cir.
Castle Pines CO 80108-9151

Einer Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Elizabeth Williams
2374 Rosendale Village Ave.
Henderson NV 89052-8733

Elton Stone
2009 Oak Grove Rd. E
Burleson TX 76028-6997

Elwanda Santiago
137 Buchanan Court
Aledo TX 76008-3803

Eric Eaton
655 Appaloosa Rd.
Tarpon Springs FL 34688-9066

Ernest Morgan
28 Pocono Rd.
Newtown CT 06470-1248

Eve Dixon
PO Box 1510
Fort Worth TX 76101-1510

Fen V. Lee
104 Shore Dr.
Schaumburg IL 60193-4145

Francis M. Highly, Jr.
6390 Dwane Ave.
San Diego, CA 92120-3845

Frank Highly
6390 Dwane Ave.
San Diego CA 92120-3845

Garrett Flynt
Flynt Family Inc.
9944 Delamere Dr.
Fort Worth TX 76244-8536

Gary Amerson
5502 Challenger Ct.
Rockwall TX 75032-8464

Gary Baird, Jr
H. Gary Baird, Jr.
4269 Shorecrest Dr.
Dallas TX 75209-1721

Gary Donner
908 Main Street
Wayne NE 68787

Gary W. Crews
ACME Energy Company, LLC
1795 E. 71st St.
Tulsa OK 74136-5108

Gary Weiner
998 Emerald Bay
Laguna Beach CA 92651-1230

George Faris, III
6650 Trinity Heights Blvd
Ft. Worth TX 76132-3578

George Lee Weaver
11225 Northview Dr.
Aledo TX 76008-5206

George Phelps
1200 Crescent Dr.
Wayne NE 68787-1004

Gerald Meyr
33017 48th Ave. SW
Federal Way WA 98023-3311

Germaine Clarkson
1842 Cottage Dr.
Greeneville TN 37745-4388

Glen Markovics
42 Parkway Terrace
Milford CT 06461-1929

Glendal R. Dow
1320 Hardisty
Bedford TX 76021-6522

Glenn Jason Salsbury
301 Larkspur Ave.
Corona Del Mar CA 92625-3041

Gordon and Sylvia Quan
2 W. Terrace Dr.
Houston TX 77007-7039

Grace and Edward Chu
3528 Scottsdale Circle
Naperville IL 60564-4628

Grayson County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

H.W. and Jill Ranelle
4917 Arbol Ct.
Fort Worth TX 76126-1847

James Blake Hamm
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7125

Hang Yuan and Yingzi Song
3227 N. Carriage Way
Arlington Heights IL 60004-1503

Harry and Shari Duty
424 Burton St.
Henderson NV 89015-7321

Keith William Harvey
The Harvey Law Firm, P.C.
6510 Abrams Road
Suite 280
Dallas, TX 75231-7215

He Yuan
He Yuan and Ning Li
95177 Madison St.
Burr Ridge IL 60527

Heidi Beh
2808 Canto Nubiado
San Clemente CA 92673-6420

Helen Hale
51 Lafayette Avenue
Annapolis MD 21401-2833

Herbert and Joan Sobel
3311 Tack House Rd.
Trent Woods NC 28562-6646
Honey Duncan
136 Palm Circle
Atlantis FL 33462-6627

Howard Saretsky
233 Voltz Rd.
Northbrook IL 60062-4821

Howard and Karen Agster
5402 E. Glide Slope Ct.
Granbury TX 76049-4481

Hua Shang
77 Dunmore
Irvine CA 92620-3693

Inn Lee
104 Shore Dr.
Schaumburg IL 60193-4145

Jacalyn Goodrich
580 Miller Hodge Rd.
Inman SC 29349-8058

Jack Grumbles
204 Westfork Dt.
Fort Worth TX 76114-4364

Jack Long
2536 Highridge Drive
Chino Hills CA 91709-4890

James Burgess
JNJM, LLC
7203 Lake Mead Blvd.
Arlington TX 76016-4137

James Carroll
2505 Ridgemoor Ct.
Arlington TX 76016-1434

James Krause
500 W. 13th Street
Fort Worth TX 76102-4657

James Linden
500 River Road
Unit 13
Shelton, CT 06484-4594

James Rosemeyer
Bayley Investments, LLC
662 E. Business Hwy 151
Platteville WI 53818-3761

James and Gerlinde Stevens
1609 Browns Lane
Hayes VA 23072-3904

Jan Cheng and Ximing Yang
6912 Fieldstone Dr.
Burr Ridge IL 60527-6968

Janis Bridges
2817 Fossil Run Blvd
Fort Worth TX 76131-2010

Janys Schroeder
39356 260th St.
Kingsley IA 51028-8634

Jared Meisel
5423 Winsland Lane
Charlotte NC 28277-0527

Jason R. Searcy, Ch. 11 Trustee in Jointly A
c/o Blake Hamm - Snow Spence Green LLP
2929 Allen Pkwy., Ste. 2800
Houston, TX 77019-7125

Jason Searcy, Trustee
c/o Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7125

Jay Pond
2729 Antero Dr.
Arlington TX 76006-3707

Jeff Wilshire
4001 Kenosha Rd.
Plano TX 75024-7075

Jeffrey Carter
2300 Bradwood Court
Arlington TX 76011-2241

Jeffrey Cohen
24041 Swallowtail Drive
Laguna Niguel CA 92677-1368

Jeffrey Meyer
7930 S. Jasmine Circle
Centennial CO 80112-3050

Jeffrey T. Richard
4220 Bluff Point Court
Hazel Green, WI 53811-9360

Jeffrey and Linda Richard
MidAmerica Financial Svcs, Inc.
35-B S. Court
PO Box 418
Platteville WI 53818-0418

Jeremy Rauhauser
4412 Canter Way
Flower Mound TX 75028-8755

Jeremy Szeto
24 Dupont Circle
Sugar Land TX 77479-2521

Jerry and Joan Radcliff
5595 Thatch Cir.
Prescott AZ 86305-3824

Jerry and Linda Hays
687 Cardinal Ridge Rd.
Burleson TX 76028-6206

Jia Liu and Richard Z. Lu
120 S. Fiore Pkwy
Vernon Hills IL 60061-3270

Jiangnan and Mary Chen
1 Newbury Ct.
Hawthorne Woods IL 60047-9144

Jimmy and Linda Walker
P.O. Box 931
Stephenville TX 76401-0009

Jiuzhou Wang and Meimei Xu
24 Butterfield Road
Lexington MA 02420-2585

Jocelyn Carter
2175 Funston Ave.
San Francisco CA 94116-1904

Joel Dow
8816 Calera Dr.
Austin TX 78735-1572

Joel F. Woods
1412 Blue Quail Run
Crowley TX 76036-5778

Joey and Ida Smith
3622 County Road 4660
Pomona MO 65789-9424

Joey and Linda Jo Turner
7309 N. Norman Rd.
Warr Acres OK 73132-5723

John Crowther
221 Hidden Acres Lane
Weatherford TX 76087-8643

John Diaz
5648 N. McVicker Ave
Chicago IL 60646-6103

John Gong
20603 W. Lakeridge Ct.
Kildeer IL 60047-8315

John Heckler
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

John Johnson
6154 Haley Lane
Ft. Worth TX 76132-3875

John McElroy
109 SE Rambling Trail
Weatherford TX 76087-7631

John Miyasaki
1415 W. Rascher Ave.
Chicago IL 60640-1205

John Pollick
2336 Fir St.
Glenview IL 60025-2704

John and Christy Fonvielle
Tenants in Common
212 Casa Blanca Cir
Ft. Worth TX 76107-1804

John and Felicia King
976 Ekman Dr.
Batavia IL 60510-8940

Jonathan Alex Perkins
646 North Armstead St.
Alexandria VA 22312-2928

Joseph Bolin
3830 Rice Blvd.
Houston TX 77005-2826

Joseph Little
18646 Halff Bend Dr.
Cypress TX 77433-5090

Joseph and Arlene Seminoro
25 Washington Street
Trumbull CT 06611-4668

Joseph and Carol Arpino
104 Lavery Lane
Milford CT 06461-1624

Joseph and Caroline Schmitz
4565 Pressley Rd
Santa Rosa CA 95404-8866

Judith Watkins
3004 Steeplechase Trail
Arlington TX 76016-2317

Jun Zhou
748 Sigmund Rd.
Naperville IL 60563-1338

Kathy Adams
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Kazu Miyasaki
1415 W. Rascher Ave.
Chicago IL 60640-1205

Kazuo and Rosalyn Nanya
432 40th Ave.
San Francisco CA 94121-1510

Keith Jackson
Riverstone Resources, Ltd.
2591 Dallas Parkway, Suite 300
Frisco TX 75034-8563

Kelly Sanders
Hupakoe, LLC
3602 Vista Chase Ct.
Arlington TX 76001-6963

Kelly Sanders
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Kening Ma
3236 Pepper Tree Point
Chino Hills CA 91709-1504

Kenneth Aldrich
YKA Partners, LLC
3200 Airport Ave., Suite 16
Santa Monica CA 90405-6116

Kenneth Cheung
3902 Coulter Ct
Arlington TX 76016-3816

Kenneth and Patricia Lowe
1504 Dolorosa Ct.
The Villages FL 32159-9111

Kenneth and Terryalin Chapman
6447 S. Indianapolis Place
Tulsa OK 74136-1422

Kenneth and Tommie Dougan
1914 Briarwood Dr
Grand Prairie TX 75050-2216

Kevin and Anne Marie Peterson
305 Martins Cove Rd.
Annapolis MD 21409-5952

Kevin and Denise Potempa
KAPAA, LLC
Wailua LLC
P.O. Box 5156
Scottsdale AZ 85261-5156

Kimberly Fuller
PI Resources, LLC
5455 Honeysuckle Rd.
Midlothian TX 76065-7006

Krystle Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Kurt Erickson
4848 E. Milton Dr.
Cave Creek AZ 85331-5965

Laddie Zimmet
5101 FM 1187
Burleson TX 76028-3053

Lance Barlow
Barlow Investments
2727 E. Kirby DR, 9E
Houston TX 77098-1149

Lanning Macfarland
1310 Hackberry Ln.
Winnetka IL 60093-1608

Lawrence and Theodora Esposito
155 Rimmon Rd
North Haven CT 06473-2873

Lee Eggers
TMICO Lee G. Eggers
490 Camp St.
Platteville WI 53818-1707

Lei Yan
1505 Clarkson Ct.
Naperville IL 60565-1733

Leland Phillips
3709 Tumbling Trail Ct.
Fort Worth TX 76116-9328

Lewis Graham
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Lihong Huang and Xiaoli Zhang
26597 N. Kenwood Ct.
Mundelein IL 60060-3540

Liping Zhong
426 E. Sunnyside Ave.
Libertyville IL 60048-2937

Loewinsohn Flegle Deary Simon, LLP
c/o Daniel P. Winikka
12377 Merit Drive, Suite 900
Dallas, TX 75251-3102

Lucile Sims Wise
3600 Wosley Dr.
Fort Worth TX 76133-2137

Luis Gonzalez
2701 N. Grapevine Mills Blvd. 728
Grapevine TX 76051-2060

Lynne Bentsen
Barlow Investment Ltd.
2727 Kirby Dr. 9E
Houston TX 77098-1149

Malcolm V. Vye IRA
145 N. Sheridan
Winnetka IL 60093-4223

Marc Henn
Harvest Financial Advisors, LLC
440 Glendale Ave.
Cincinnati OH 45246-3815

Margaret McElroy
109 SE Rambling Trail
Burleson TX 76087-7631

Margaret Ng and Ross Chan
6112 Ascot Drive
Oakland CA 94611-2527

Margaret and David Grubbs
205 Kenmore Ave.
Elmhurst IL 60126-3517

Margarett Propst
6709 Yolanda Dr.
Fort Worth TX 76112-4129

Marisa Lindholm
333 Via Lido Nord
Newport Beach CA 92663-4649

Mark Modlin
4005 Kenosha Rd.
Plano TX 75024-7075

Mark and Romalyn Trewitt
4017 Messina Drive
Plano TX 75093-7038

Marlow and Rebecca Williams
197 Golden Crown Ave.
Henderson NV 89002-9267

Marty Prinz
Blind Canyon
1780 N. Kimball Avenue
Southlake TX 76092-4002

Marvin and Mary Van Hal
280 East Bob Jones Rd.
Southlake TX 76092-9275

Mary A. Gardecki
68 Auburn St.
Stratford CT 06614-3701

Mary Ann Swift
200 N. Matteson Ave
Republic MO 65738-1675

Mary Jane Pompa
21 Basking Ridge Rd.
Shelton CT 06484-3897

Mary Louise and Albert Edwards
778 Old Stratfield Rd.
Fairfield CT 06825-7427

Mary Russell
3111 Kelly Rd
Aledo TX 76008-4882

Meiyu Chen
913 Ashford Lane
Westmont IL 60559-2656

Michael Kudlik
4760 Highland Drive Suite 245
Holladay Utah 84117-5149

Michael Kusheba
235 Deerfield Dr
Stratford CT 06614-2767

Michael Mitchell
300 Landwyck Ln.
Flower Mound TX 75028-7144

Michael Musaraca
2414 Blue Spruce Ct.
Aurora IL 60502-6420

Michael Niemann
Julie Wakeman
14105 W. 72nd St.
Shawnee KS 66216-5520

Michael Pettis
Pettis Oil and Gas, LLC
3140 Brookhollow Ct.
Prosper TX 75078-0529

Michael Ranelle
4220 Harlanwood
Fort Worth TX 76109-2045

Michael Sobel
3311 Tack House Rd.
Trent Woods NC 28562-6646

Michael Yates
22292 Regnart Rd.
Cupertino CA 95014-4845

Michael and Pamela Spitzer
2010 Roma Ave.
Fruita CO 81521-8616

Mike Wang
390 Foothill Ave.
Sierra Madre CA 91024-1518

Molly Bayer
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Mona Fields
2006 Underwood Rd
Aledo TX 76008-2447

Monica Markovics
37 Parkway Terrace
Milford CT 06461-1930

Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

Natalia Ryndin
28832 Sean Dr.
Laguna Niguel CA 92677-4661

Nathan Sanders
BESCO Family Investments, LLC
3309 Mansfield Hwy.
Fort Worth TX 76119-6025

Neil Agrawal
2962 E. 45th Place
Tulsa OK 74105-5204

Noel and Sandra Markovics
42 Parkway Terrace
Milford CT 06461-1929

Noral and Juanita Gregory
2881 Oakbriar Trail
Fort Worth TX 76109-5556

Oklahoma City OK 73156
Julie Wakeman
14105 W. 72nd St.
Shawnee KS 66216-5520

Om and Veena Agrawal
209 Kenshire Dr.
Benbrook TX 76126-4113

Pamela Smith
481 Pecan
Burleson TX 76028-6309

Payson Petroleum 3 Well, L.P.
2652 FM 407 E, Ste. 250
Bartonville, TX 76226-7026

Peili Wu
3108 Regal Dr.
Arlington TX 76016-2028

Peter Backes
9448 Quail Ridge Dr.
Las Vegas NV 89134-8938

Peter and Monika Wettenstein
5325 E. Kathleen Rd.
Scottsdale AZ 85254-1758

Philip Zou
1065 Sanctuary Ct.
Vernon Hills IL 60061-3608

Philip and Anita Strand
1911 Nelson Ct.
DeSoto TX 75115-2142

Pottsboro ISD
% Perdue Brandon Fielder Et Al
500 E. Border Street
Suite 640
Arlington, TX 76010-7457

Pottsboro ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Prem Kumar
Wildflower LLC
817 E. San Angelo Ave.
Gilbert AZ 85234-3513

Quilling, Selander, Lownds, Winslett & Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

Randall McKenna
North Central Texas Holding and
Investments, Inc.
400 King Ranch Rd.
Southlake TX 76092-2026

Randall Swift
200 N. Matteson Ave
Republic MO 65738-1675

Randy Lew
4647 Sidonia Ct.
Ft. Worth TX 76126-1920

Ravindra and Kum Prakash
1170 Alderbrook Lane
San Jose CA 95129-2956

Raymond and Janet Smith
623 E. River Quarry Court
Eagle ID 83616-6351

Rebecca Lowe
643 SW T Highway
Holden MO 64040-8107

Reinhardt and Merlee Lange
136 Benedict Ave.
Fairfield CT 06825-1705

Renjie Fu
405 E. 58th St.
Westmont IL 60559-3368

Richard Graham
31331 S. Coast Hwy.
Laguna Beach CA 92651-6989

Richard Sobel
7410 Center Bay Dr.
North Bay Village FL 33141-4014

Richard and Sue Rector
5813 Wales Avenue
Fort Worth TX 76133-2711

Rick Gardner
420 Aspen Street
Prescott AZ 86303-4004

Rickey and Wendy Kelman
3120 E. Puget Ave.
Phoenix AZ 85028-5329

Robert Mendonsa
4507 Meadow Hill
McKinney TX 75070-4613

Robert Watkins
3004 Steeplechase Trail
Arlington TX 76016-2317

Robert and Carole Orsillo
60 Brierwood Drive
Watertown CT 06795-2016

Robert and Marianne Laska
73 Centennial Dr.
Milford CT 06461-1662

Robert and Peggy Yacobi
6 Chanteraine Close
Williamsburg VA 23185-8604

Rocky and Anna Howington
1 Saint Louis Lane
Pleasant Hill CA 94523-1139

Roger Damron
PO Box 21729
Chattanooga TN 37424-0729

Roland Lentz
1521 Vintage Hill Dr
Wayne NE 68787-1236

Romalyn Trewitt
4017 Messina Drive
Plano TX 75093-7038

Ron Franco
Bluepack LLC
P.O. Box 5287
Culver City CA 90231-5287

Ronald Barfield
700 W. Harwood, Suite A
Hurst TX 76054-3391

Ronald Guichard
2937 N. Talman Ave
Chicago IL 60618-7814

| | | |
|---|---|---|
| Ronald Oberle<br>30525 Fort Apache Drive<br>Congress AZ 85332 | Ronald and Cheryl Waggoner<br>834 Doubletree Lane<br>Springfield MO 65810-3261 | Ronald and Libbie Adams<br>115 Ravenhill Dr.<br>Highlandville MO 65669-8227 |
| Rose Marie Klein<br>1389 Calle de las Granvas<br>Livermore CA 94551-2595 | Roy Williams<br>190 Mt. Pleasant Ave.<br>Stratford CT 06614-3420 | Roy and Carol Ray<br>2000 Underwood Rd.<br>Aledo TX 76008-2447 |
| Rudolph Perry<br>48 E. Bison Circle<br>Florissant CO 80816-7157 | Russell Karr<br>8108 Modena Dr<br>Fort Worth TX 76126-6113 | Ryan Grossman<br>207 Mt. Oak Pl.<br>Annapolis MD 21409-5868 |
| Sandra Markovics<br>42 Parkway Terrace<br>Milford CT 06461-1929 | Sara Ng<br>218 Wood Glen Lane<br>Oak Brook IL 60523-1533 | Jason R Searcy<br>PO Box 3929<br>Longview, TX 75606-3929 |
| Jason R. Searcy<br>Trustee of Payson Petroleum, Inc.<br>PO Box 3929<br>Longview, TX 75606-3929 | Joshua P. Searcy<br>Searcy & Searcy, P.C.<br>PO Box 3929<br>Longview, TX 75606-3929 | Shannon Kmak<br>4005 Kenosha Rd.<br>Plano TX 75024-7075 |
| Sharlene Sims Horak<br>4436 Overton Terrace<br>Fort Worth TX 76109-2517 | Sharolyn Richardson<br>8003 Turkey Trail<br>Benbrook TX 76126-6101 | Shawn Miller<br>Kijabe, LLC<br>3602 Vista Chase Court<br>Arlington TX 76001-6963 |
| Shirley Nolsheim<br>399 150th Ave, Apt 315C<br>Madeira Beach, FL  33708-2097 | Shrimant and Susy Ayaram<br>222 Glen Ridge Dr.<br>Murphy TX 75094-4205 | Shu and Lisa Chen<br>5844 Golden Eye Dr.<br>Long Grove IL 60047-5048 |
| Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Stephen Brown<br>8601 Westown Parkway 6108<br>West Des Moines IA 50266-1632 | Steven O'Leary<br>Helen M. Hale - Principle<br>73 Conduit St.<br>Annapolis MD 21401-2601 |
| Steven and Carolyn Wiesenfeld<br>66 Chester Rd.<br>Easton CT 06612-1806 | Sue Chappell<br>5071 S. Burrows Ave.<br>Springfield MO 65810-2054 | Sunil Agrawal<br>4323 S. Quincy Place<br>Tulsa OK 74105-4135 |
| Suresh and Malini Kumar<br>5210 Pine Forest Rd.<br>Houston TX 77056-1313 | Taher Sobhy<br>41 W. Mallard Lane<br>Lakeforest IL 60045-2902 | Tami Rodgers<br>3309 Wild Oaks Ct<br>Burleson TX 76028-2333 |

Tammy McKain
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001-6963

Tapan and Anisa Daftari
6595 Old Riverside Dr.
Altanta GA 30328-2744

Tarry Danmer
2400 SW Wintercreek Ct.
Lee's Summit MO 64081-4085


Terry Scharig
Payson Petroleum
34601 E. Shore Rd.
Lone Jack MO 64070-9169

Theodora Esposito
155 Rimmon Rd
North Haven CT 06473-2873

Theodore Lung
1839 E 2453rd Lane
Camp Point IL 62320-2129


Thomas Clayton
26770 Sale Barn Ln
Belmont WI 53510-9725

Thomas Hayes
5115 N. Dysart Road, 202-217
Litchfield Park AZ 85340-3032

Thomas Hoppe
11051 Dormie Drive
San Antonio FL 33576-7048


Thomas and Lois Partridge
199 CR 1747
Clifton TX 76634-3990

Timothy Carman
2215 River Ridge Rd.
Arlington TX 76017-2631

Timothy Cypert
703 Jackson St.
Rockwall TX 75087-2212


Timothy Moore
313 Stonebridge Dr.
Rockwall TX 75087-3434

Timothy and Stacey Gibson
145 Links Lane
Aledo TX 76008-6917

Todd Stephens
230 Miramar Way
West Palm Beach FL 33405-4712


Todd and Melanie Gregory
600 W. Republic Road
Suite A116
Springfield MO 65807-5805

Tom Hinshaw
HRC Roofing
2845 Roadway Drive
Columbus IN 47201-7465

Toussaint Smith
2315 Legend Woods Ct.
Sugar Land TX 77479-5474


Tracy G. Ward
2313 S. Toledo Ave.
Tulsa OK 74114-3622

Travis Petree
2951 Rainbow Drive
Mason City IA 50401-8931

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001


US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Van and Mary Butler
62 Cypress Ct.
Durango CO 81301-3782

Virginia Humphrey
National Financial Services, LLC
340 S. Lemon Ave. 8337
Walnut CA 91789-2706


Virginia Rhodes
7570 E. Manley Dr.
Prescott Valley AZ 86314-5166

Warren and Fay Bush
PO Box 80140
Keller TX 76244-2902

Wendy Yang and Li Liu
Delftechpark 26, 2628
XH Delft, Netherlands


Wenzhong and Dana An
29602 N. Birch Ave.
Lake Bluff IL 60044-1176

William Cozad
10401 W. Charleston Blvd., V6
Las Vegas NV 89135-8706

William Dax Symonds
3170 Westcliff Rd. West
Fort Worth TX 76109-2128

| | | |
|---|---|---|
| William Kloster<br>112 Tres Vista Court<br>Cresson TX 76035-5838 | William Martin<br>3708 Brookfield<br>Plano TX 75025-3780 | William Ralph Westbrook<br>338 Park Brook Dr.<br>Dallas TX 75218-1152 |
| William and Deborah Hayden<br>4520 Cheval Blvd.<br>Lutz FL 33558-5331 | William and Joann Whelpley<br>308 Martel Ct.<br>Coppell TX 75019-7583 | Daniel P. Winikka<br>Loewinsohn Flegle Deary Simon, LLP<br>12377 Merit Drive<br>Suite 900<br>Dallas, TX 75251-3102 |
| Woodrow and Jo Ann Wilson<br>59250 E. 190 Rd<br>Fairland OK 74343-1753 | Yang Zhao and Hong Yang<br>31 E. 59th St.<br>Westmont IL 60559-2501 | Yanhua Shi<br>447 Lynn Ct.<br>Clarendon Hills IL 60514-1000 |
| Ying Qi<br>2220 Joyce Lane<br>Naperville IL 60564-4404 | Ying and Siwen Qu<br>1725 Holly Ct.<br>Long Grove IL 60047-5139 | Yulduz Cohen<br>28264 Via Marcus<br>Laguna Niguel CA 92677-7527 |
| Zhong Wu<br>3880 Tahoe St.<br>West Sacramento CA 95691-5452 | Zhongwen Huang<br>Huifang Liang<br>3915 Snowbird Lane<br>Northbrook IL 60062<br>ZiJun Zhao<br>Kraehenbruch 60062-4269 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Grayson County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | (u)HongMei Han<br>Kraehenbruch 4<br>Dortmund  44227 | (u)Judy Fulton<br>Seven Wells Royalty, LLC<br>P.O. Box 21866 |
| (u)Loewinsohn Flegle Deary Simon, LLP | (d)Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3070 | (d)Jason R. Searcy<br>P. O. Box 3929<br>Longview, TX 75606-3929 |

End of Label Matrix
Mailable recipients   343
Bypassed recipients     6
Total                 349