| | |
|---|---|
| **IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION** ||
| **DEBTOR:**<br><br>**PAYSON PETROLEUM 3 WELL, LP** | MAIN BANKRUPTCY CASE NO.<br><br>Case No. 17-40179<br><br>Chapter 7 |
| | DATE OF HEARING AND NATURE OF PROCEEDING:<br><br>**October 23, 2018 at 9:30 a.m.**<br><br>*Payson Trustee's Motion for Authority to Compromise Controversies Pursuant to Fed. R. Bankr. P. 9019(b)* **[docket no. 81]** |

| **EXHIBIT LIST OF JASON SEARCY, CHAPTER 7 TRUSTEE<br>FOR PAYSON PETROLEUM, INC.** ||||||
|---|---|---|---|---|---|
| **Exhibit** | **Description of Exhibit** | **Offered** | **Objection** | **Admitted** ||
| 1 | Agreed Order Granting Joint Motion to Approve Compromise and Settlement Pursuant to Bankruptcy Rule 9019 at Docket No. 37 in Case No. 17-40179 | | | ||
| 2 | Payson Petroleum, Inc., Trustee's Motion For Authority to Compromise Controversies Pursuant to Fed. R. Bankr. P. 9019(b) at Docket No. 81 in Case No. 17-40179 | | | ||
| 3 | Original Complaint Against General Partners of Payson Petroleum 3 Well, L.P. at Docket No. 1 in Adversary No. 18-04074 | | | ||
| 4 | Agreement of Limited Partnership of Payson Petroleum 3 Well, LP | | | ||
| 5 | Redacted Form of Subscription Agreement | | | ||
| 6 | List of Defendants | | | ||

1

Dated: October 18, 2018          Respectfully submitted,

**SNOW SPENCE GREEN LLP**

By:    */s/ Blake Hamm*
      Blake Hamm, SBN 24069869
      blakehamm@snowspencelaw.com
      Aaron M. Guerrero, SBN 24050698
      aaronguerrero@snowspencelaw.com
      Bryan Prentice, SBN 24099787
      bryanprentice@snowspencelaw.com
      2929 Allen Parkway, Suite 2800
      Houston, Texas 77019
      (713) 335-4800
      (713) 335-4848 (Fax)

*Attorneys for Jason R. Searcy,*
*Chapter 7 Trustee for Payson Petroleum, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 18th day of October 2018, a true and correct copy of the foregoing Exhibit List was duly served as follows:

- Electronically to all persons who have entered an appearance in this case by means of the Court's CM/ECF System

      */s/ Blake Hamm*
      Blake Hamm

I:\Client\SEAJ1001-Searcy-Payson\Adversary Proceedings\18-04074 3 Well LP-GP\Drafts\Exhibit List 10-23 hearing.doc